B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Longview Power, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>04-3561860 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>966 Crafts Run Road<br>Maidsville, West Virginia<br>ZIP CODE 26541 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Monongalia County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>1375 Ft. Martin Road, Maidsville, West Virginia | ZIP CODE 26541 |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other: Energy | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>☑ Chapter 11            Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13            Recognition of a Foreign<br>                            Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | | |

Estimated Number of Creditors (on consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets (on consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities (on consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Longview Power, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: See Attached Rider 1 | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)       (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Longview Power, LLC |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code, Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br>   Daniel J. DeFranceschi (No. 2732)<br>   Printed Name of Attorney for Debtor(s)<br>   Richards, Layton & Finger, P.A.<br>   Firm Name<br><br>   One Rodney Square, 920 North King Street<br>   Wilmington, Delaware 19801<br>   Address<br>   302-651-7700<br>   Telephone Number<br>   08/30/2013<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   Jeffery L. Keffer<br>   Printed Name of Authorized Individual<br>   Authorized Officer<br>   Title of Authorized Individual<br>   08/30/2013<br>   Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (each a "Debtor" and collectively, the "Debtors") filed a petition in this court for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Longview Power, LLC.

1. Longview Power, LLC

2. Alternate Energy, LLC

3. Border Energy, LLC

4. Coresco, LLC

5. Dana Mining Company of Pennsylvania, LLC

6. Dana Mining Company, LLC

7. Longview Intermediate Holdings C, LLC

8. Mepco Conveyor, LLC

9. Mepco Holdings, LLC

10. Mepco Intermediate Holdings A, LLC

11. Mepco Intermediate Holdings, LLC

12. Mepco, LLC

13. Shannopin Materials LLC

# LONGVIEW POWER, LLC
## SECRETARY'S CERTIFICATE

### August 29, 2013


I, Jeffery L. Keffer, Chief Executive Officer, President, Treasurer and Secretary of Longview Power, LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), do hereby certify the following at and as of the date hereof:

1.     I am the duly qualified, elected and acting Secretary of the Company.

2.     Attached hereto as **Exhibit A** is a true, correct, and complete copy of resolutions (the "Resolutions") duly adopted by the Board of Directors of the Company (the "Board") and the Independent Director (as defined in the Third Amended and Restated Limited Liability Company Agreement of the Company (as amended, restated or otherwise modified from time to time, the "LLC Agreement")) at a meeting on August 29, 2013.

3.     The Resolutions were duly adopted by the Board and the Independent Director, acting pursuant to the LLC Agreement.

4.     The Resolutions are not inconsistent with the LLC Agreement.

5.     The Resolutions have not been amended, modified, repealed, or rescinded since adopted, and are in full force and effect on and as of the date hereof.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the first date above written.

LONGVIEW POWER, LLC

By: _____

Name: Jeffery L. Keffer

Title:   Chief Executive Officer, President,
         Treasurer and Secretary

# EXHIBIT A

**Resolutions**

**RESOLUTIONS OF THE BOARD OF DIRECTORS AND THE INDEPENDENT DIRECTOR OF**
**LONGVIEW POWER, LLC**

**August 29, 2013**

The Board of the Longview Power, LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), including the Independent Director (as defined in the Third Amended and Restated Limited Liability Company Agreement of the Company (as amended, restated or otherwise modified from time to time, the "LLC Agreement")), took the following actions and adopted the following resolutions pursuant to the Company's LLC Agreement:

**WHEREAS,** the Board and the Independent Director reviewed the materials presented by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's businesses; and

**WHEREAS,** the Board and the Independent Director have had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

**I.    VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**NOW, THEREFORE, BE IT RESOLVED THAT:**   In the judgment of the Board and the Independent Director, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"); and

**BE IT FURTHER RESOLVED THAT:**   Jeffery L. Keffer, Mark Joensen, Philip Pompili, Charles Huguenard, James M. Grady, and such other persons acting at their direction (each, an "Authorized Officer" and collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute in the name of and on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case.

## II.    APPOINTMENT OF OFFICERS

**BE IT FURTHER RESOLVED THAT:**  James M. Grady is hereby appointed to serve as Deputy Chief Financial Officer of the Company, to hold such office until his successor is duly elected and qualified or until his resignation or removal.

## III.    RETENTION OF PROFESSIONALS

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the law firm of Kirkland & Ellis LLP ("Kirkland") as general bankruptcy and corporate counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Kirkland;

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the law firm of Richards, Layton & Finger, P.A. ("Richards Layton") as co-counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Richards Layton;

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the law firm of Dentons US LLP ("Dentons") as special counsel pursuant to section 327(e) of the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Dentons;

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Alvarez & Marsal North America, LLC ("A&M") as restructuring advisors to represent and assist the Company in carrying out its duties under the Bankruptcy

Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of A&M;

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Lazard Frères & Company LLC ("Lazard") as investment bankers to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Lazard;

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Ernst & Young ("E&Y") as accountants and advisors to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of E&Y;

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Donlin, Recano & Company, Inc. (the "Notice and Claims Agent") as notice and claims agent and administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and actions as may be necessary or desirable; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of the Notice and Claims Agent; and

**BE IT FURTHER RESOLVED THAT:** Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to

execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary or advisable.

## IV.   USE OF CASH COLLATERAL

**BE IT FURTHER RESOLVED THAT:**  In connection with the commencement of the chapter 11 case, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, is authorized and directed to seek approval of a cash collateral order in interim and final form (a "Cash Collateral Order"), and any Authorized Officer be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Company's chapter 11 cases, which agreement(s) may require the Company to grant liens to the Company's existing lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof.

## V.   FURTHER ACTIONS AND PRIOR ACTIONS

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, complaints, applications for approvals or ruling of governmental or regulatory authorities, certificates, or other documents, and to take such other action, as in the judgment of such Authorized Officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company's business; including without limitation any action necessary to maintain the ordinary course operation of the Company's businesses;

**BE IT FURTHER RESOLVED THAT:**  All acts lawfully done or actions lawfully taken by any of the Authorized Officers of the Company or any of the professionals to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the chapter 11 case, or any matter or proceeding related thereto, be and hereby are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**BE IT FURTHER RESOLVED THAT:**  Each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED THAT:**   All acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

<p style="text-align:center">*     *     *     *</p>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LONGVIEW POWER, LLC, et al.,[1] | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## 50 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 50 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately August 28, 2013. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: (a) Longview Power, LLC (1860); and Longview Intermediate Holdings C, LLC (1008) (collectively, the "Longview Debtors"); and (b) Mepco Holdings, LLC (6654); Mepco Intermediate Holdings A, LLC (0502); Mepco Intermediate Holdings, LLC (4248); Mepco, LLC (3172); Coresco, LLC (6397); Dana Mining Company of Pennsylvania, LLC (8721); Dana Mining Company, LLC (4499); Mepco Conveyor, LLC (0477); Shannopin Materials LLC (1616); Border Energy, LLC (2798); and Alternate Energy, LLC (2428) (the foregoing excluding the Longview Debtors, collectively, the "Mepco Debtors"). The Longview Debtors' principal offices are located at 966 Crafts Run Road, Maidsville, West Virginia 26541. The Mepco Debtors' principal offices are located at 308 Dents Run Road, Morgantown, West Virginia 26501.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 1. | CONSOL ENERGY SALES COMPANY 1000 CONSOL ENERGY DRIVE CANONSBURG, PA 15317-6506 Tel:  724-485-4000 Fax:  724-485-4295 Email:  N/A | Trade Debt | | $791,285.94 |
| 2. | GMS MINE REPAIR & MAINTENANCE PO BOX 2446 MT LAKE PARK MD 21550 ATTN: COURTLAND HELBIG Tel: 301-334-8186 Fax: 301-334-8698 Email:  cjhelbig@gmsminerepair.com | Trade Debt | | $334,526.82 |
| 3. | SHERIFF OF MONONGALIA COUNTY TAX OFFICE 243 HIGH STREET MORGANTOWN, WV 26505-5492 Tel:  304-291-7244 Fax:  304-291-7245 Email:  taxoffice@monsheriff.com | Taxes | | $310,774.03 |
| 4. | BRICKSTREET MUTUAL INSURANCE CO. PO BOX 11285 CHARLESTON, WV 25339-1285 Tel:  866-452-7425 Fax:  877-293-5513 Email:  N/A | Workers' Compensation | | $274,643.00 |
| 5. | FORQUER CONTRACTING LLC PO BOX 123 PENTRESS WV 26544 ATTN:  DON FORQUER Tel:  304-879-5251 Fax:  304-879-5291 Email:  donforquer@aol.com | Trade Debt | | $142,900.00 |
| 6. | AIRGAS SPECIALTY PRODUCTS INCORPORATED P.O. BOX 934434 ATLANTA, GA 31193-4434 Tel:  404-851-0508 Fax:  770-717-2222 Email:  info@airgasspecialtyproducts.com | Trade Debt | | $139,128.00 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 7. | STRATA SAFETY PRODUCTS LLC US BANK PO BOX 809021 CHICAGO, IL 60680-9021 Tel: 770-321-2500 Fax: 770-321-2520 Email: info@strataproducts.com | Trade Debt | | $128,000.00 |
| 8. | GEC INC PO BOX 154 BRUCETON MILLS WV 26525 ATTN: JOHN CARTER Tel: 304-379-2982 Fax: 304-379-2984 Email: GECMelisa@aol.com | Trade Debt | | $120,567.50 |
| 9. | APPALACHIAN TIRE PRODUCTS PO BOX 10057 CHARLESTON WV 25357 ATTN: DACE ROBY Tel: 304-744-9473 Fax: 304-744-8762 Email: droby@apptire.com | Trade Debt | | $107,819.11 |
| 10. | JAMES A REDDING COMPANY 733 SOUTH CENTER AVENUE SOMERSET, PA 15501 Tel: 814-444-7200 Fax: 814-445-1320 Email: salesinfo@jamesaredding.com | Trade Debt | | $105,711.50 |
| 11. | JOY MINING MACHINERY PO BOX 504794 ST LOUIS MO 63150-4794 ATTN: CRAIG FANCHER Tel: 724-873-4200 Fax: 724-873-4354 Email: craig.fancher@joyglobal.com | Trade Debt | | $89,996.02 |
| 12. | PIONEER CONVEYOR LLC 170 LEON WHITE ROAD PO BOX 2446 MOUNTAIN LAKE PARK, MD 21550 Tel: 301-334-8186 Fax: 301-334-8698 Email: info@pioneerconveyor.com | Trade Debt | | $79,056.00 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 13. | MON POWER<br>PO BOX 3615<br>AKRON, OH 44309-3615<br>Tel: 800-686-0022<br>Fax: 234-678-2503<br>Email: MP_Interconnection@firstenergycorp.com | Trade Debt | | $70,839.74 |
| 14. | HEINTZMANN CORP.<br>PO BOX 301<br>CEDAR BLUFF, VA 24609<br>Tel: 276-964-7413<br>Fax: 276-963-9389<br>Email: N/A | Trade Debt | | $63,624.00 |
| 15. | IPFS CORPORATION<br>PO BOX 905849<br>CHARLOTTE, NC 28290-58849<br>Tel: 800-791-7901<br>Fax: 919-234-2760<br>Email: N/A | Trade Debt | | $58,100.44 |
| 16. | DOMINION HOPE<br>PO BOX 26783<br>RICHMOND, VA 23261<br>ATTN: ROBEN RANDOLPH<br>Tel: 304-625-6302<br>Fax: 304-625-6359<br>Email: roben.r.randolph@dom.com | Trade Debt | | $46,000.00 |
| 17. | T L MARGROFF ENTERPRISES LLC<br>34931 GARRETT HIGHWAY<br>ACCIDENT MD 21520<br>ATTN: TROY MARGROFF<br>Tel: 301-746-8919<br>Fax: 718-788-7788<br>Email: tlmargroff@gmail.com | Trade Debt | | $42,232.50 |
| 18. | IRVIN CONSTRUCTION SERVICES INC<br>252 CINNAMON RUN<br>WYTHEVILLE VA 24382<br>ATTN: MIKE IRVIN<br>Tel: 276-625-7200<br>Fax: 276-223-1376<br>Email: micheal@icsiworks.com | Trade Debt | | $98,023.00 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 19. | FIDELITY SECURITY LIFE C/O KEY BENEFIT ADMIN. INC. PO BOX 20423 INDIANAPOLIS, IN 46508 Tel:  800-648-8624 Fax:  816-968-0580 Email:  info@fslins.com | Insurance | | $39,723.64 |
| 20. | CINTAS CORPORATION 531 P.O. BOX 63010 CINCINNATI, OH 45263 Tel:  304-296-8366 Fax:  304-296-2044 Email:  nationalserviceteam@cintas.com | Trade Debt | | $38,741.99 |
| 21. | KESSEL LUMBER SUPPLY INC. HC 84 BOX 4 KEYSER, WV 26726 Tel:  304-788-3371 Fax:  304-788-5468 Email:  N/A | Trade Debt | | $37,237.19 |
| 22. | GSB  PROCESS DIVISION OF GSB INCORPORATED 98 SMILEY DRIVE SAINT ALBANS, WV 25117 Tel:  304-562-3304 Fax:  304-562-5697 Email:  Sales@GSBProcess.com | Trade Debt | | $34,626.68 |
| 23. | ACTION ENVIRONMENTAL LLC 595 GENE E STEWART BOULEVARD SYLACAUGA, AL 35151 Tel:  256-401-0590 Fax:  256-401-0595 Email:  svickers@action-resources.com | Trade Debt | | $32,938.94 |
| 24. | TIP TOP INDUSTRIAL SERVICE INC. 119 ROCKLAND AVENUE PO BOX 10 NORTHVALE NJ 07647 ATTN: TOM REESE Tel:  724-263-8194 Fax:  201-768-0946 Email:  treese@rematiptop.com | Trade Debt | | $32,410.00 |
| 25. | METSO MINERALS PO BOX 945859 ATLANTA, GA 30394-5859 Tel:  717-843-8671 Fax:  717-845-5154 Email:  N/A | Trade Debt | | $32,200.00 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 26. | DIAMOND TECHNICAL SERVICES<br>9152 ROUTE 22<br>BLAIRSVILLE, PA 15717<br>Tel:  724-668-5070<br>Fax:  724-668-5071<br>Email:  contactdts@diamondtechnicalservices.com | Trade Debt | | $31,307.80 |
| 27. | COGAR MANUFACTURING INC. F/K/A COGAR MINE SUPPLY INC.<br>PO BOX 532<br>BECKLEY, WV 25802<br>Tel:  304-252-4435<br>Fax:  304-252-4514<br>Email:  lcogar@cogarmineproducts.com | Trade Debt | | $31,261.66 |
| 28. | MICON-VENTILATION SEALS<br>25 ALLEGHENY SQUARE<br>GLASSPORT, PA 15045<br>Tel:  412-664-7788<br>Fax:  412-664-7717<br>Email:  info@miconmining.com | Trade Debt | | $30,000.00 |
| 29. | HARSCO INFRASTRUCTURE AMERICAS<br>PO BOX 643465<br>PITTSBURGH, PA 15264-3465<br>Tel:  412-427-2272<br>Fax:  412-505-5707<br>Email:  info@harsco-i.us | Trade Debt | | $29,293.11 |
| 30. | JL PRETZEL CONTRACTING LLC<br>PO BOX 240<br>BRUCETON MILLS, WV 26525<br>Tel:  304-379-7789<br>Fax:  304-379-7788<br>Email:  N/A | Trade Debt | | $26,132.78 |
| 31. | GEORGE R SMALLEY COMPANY<br>79 ATLAS ROAD<br>HOPWOOD, PA 15445<br>Tel:  724-437-1927<br>Fax:  724-437-8531<br>Email:  info@grsmalley.com | Trade Debt | | $25,312.40 |
| 32. | FLOMIN COAL INC.<br>PO BOX 405655<br>ATLANTA, GA 30384-5655<br>Tel:  606-432-1535<br>Fax:  606-437-0563<br>Email:  info@flomin.com | Trade Debt | | $25,229.34 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 33. | DIGGER'S CONSTRUCTION LLC 1633 PELL ROAD KINGWOOD, WV 26537 Tel: 304-864-8639 Fax: 304-864-5308 Email: tomdigging@aol.com | Trade Debt | | $25,200.00 |
| 34. | INVISTA S.A.R.L. PO BOX 405885 ATLANTA, GA 30384-5885 Tel: 800-441-3893 Fax: 770-792-4092 Email: nancy.d.roberts@invista.com | Trade Debt | | $23,007.60 |
| 35. | AMERIKOHL MINING 1384 STATE RT 711 STAHLSTOWN PA 15687 ATTN: BOB SCHAFER Tel: 724-593-2625 Fax: 724-593-5625 Email: info@amerikohl.com | Trade Debt | | $22,061.05 |
| 36. | CONFLOW INC 270 MEADOWLANDS BLVD WASHINGTON PA 15301 ATTN: TYLER EMERY Tel: 724-825-2097 Fax: 724-746-0940 Email: tyler@conflowusa.com | Trade Debt | | $21,252.30 |
| 37. | ROCK DRILLERS NORTH INC. PO BOX 86 WHITE SULFUR SPRINGS, WV 24986 Tel: 304-536-3602 Fax: 304-536-3602 Email: N/A | Trade Debt | | $20,422.00 |
| 38. | MISSISSIPPI LIME COMPANY P.O. BOX 84033 KANSAS CITY, MO 64184-0033 Tel: 314-543-6309 Fax: 314-543-6573 Email: sales@mississippilime.com | Trade Debt | | $20,000.00 |
| 39. | VERSITECH 100 ALEXANDER DRIVE MONACA, PA 15061 Tel: 800-955-6144 Fax: 724-728-3492 Email: info@versitech.com | Trade Debt | | $19,790.64 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 40. | APPLIED INDUSTRIAL TECHNOLOGIES<br>PO BOX 905794<br>CHARLOTTE, NC 28290-5794<br>Tel: 704-504-5551<br>Fax: 704-504-5558<br>Email: SC0262@applied.com | Trade Debt | | $19,435.07 |
| 41. | LEAK DETECTION SERVICES INCORPORATED<br>2115 MAIN STREET, SUITE 104<br>CHESTER, MD 21619<br>Tel: 800-345-7157<br>Fax: 410-604-4308<br>Email: contact@leakdetect.com | Trade Debt | | $19,100.00 |
| 42. | RANDSTAD ENGINEERING<br>PO BOX 405414<br>ATLANTA, GA 30384-5414<br>Tel: 800-659-5639<br>Fax: 770-390-0905<br>Email: re-jobs@randstadusa.com | Trade Debt | | $17,600.00 |
| 43. | KELLY SURVEYING PLLC<br>PO BOX 254<br>DAILEY, WV 26259<br>Tel: 304-338-6985<br>Fax: 304-338-6081<br>Email: N/A | Trade Debt | | $16,295.00 |
| 44. | PROENERGY SERVICES<br>PO BOX 732093<br>DALLAS, TX 75397-5602<br>Tel: 660-829-5100<br>Fax: 660-829-1160<br>Email: jstevens@proenergyservices.com | Trade Debt | | $15,575.00 |
| 45. | JABO SUPPLY CORP.<br>5164 BRALEY STREET<br>HUNTINGTON, WV 25705<br>Tel: 304-464-4400<br>Fax: 304-464-4419<br>Email: sales@jabosupply.com | Trade Debt | | $15,370.00 |
| 46. | CATERPILLAR GLOBAL MINING AMERICA LLC<br>25939 NETWORK PLACE<br>CHICAGO, IL 60673-1259<br>Tel: 618-982-9000<br>Fax: 618-982-9912<br>Email: N/A | Trade Debt | | $15,074.40 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 47. | THRASHER GROUP INC. 30 COLUMBIA BLVD. CLARKSBURG, WV 26301 Tel: 304-624-4108 Fax: 304-624-7831 Email: wthrasher@thrashereng.com | Trade Debt | | $15,000.00 |
| 48. | KVAERNER NORTH AMERICAN CONSTRUCTION INC. 701 TECHNOLOGY DRIVE CANONSBURG, PA 15317 ATTN: BERNARD FEDAK Tel: 724-416-6900 Fax: 724-416-6875 Email: bernard.fedak@kvaerner.com | Pending Arbitration | Contingent, Unliquidated, Disputed, Subject to Setoff | Unliquidated |
| 49. | SIEMENS POWER GENERATION, INC. 4400 ALAFAYA TRAIL ORLANDO, FL 32826-2399 ATTN: STEPHEN ANDERSON Tel: 407-736-6308 Fax: 407-736-7828 Email: stephen.j.anderson@siemens.com | Pending Arbitration | Contingent, Unliquidated, Disputed, Subject to Setoff | Unliquidated |
| 50. | FOSTER WHEELER NORTH AMERICA CORP. PERRYVILLE CORPORATE PARK CLINTON NJ 08809-4000 Tel: 908-730-4000 Fax: 908-713-3245 Email: Kenneth_melzer@fwc.com | Pending Arbitration | Contingent, Unliquidated, Disputed, Subject to Setoff | Unliquidated |

**DECLARATION UNDER PENALTY**
**OF PERJURY ON BEHALF OF CORPORATION**

Pursuant to 28 U.S.C. § 1746, I, Jeffery L. Keffer, the duly qualified and authorized signatory, declare under penalty of perjury that I have reviewed the consolidated list of creditors holding the 50 largest unsecured claims on a consolidated basis and that it is true and correct to the best of my knowledge, information, and belief.

Dated:  August 30, 2013

Jeffery L. Keffer
Authorized Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LONGVIEW POWER, LLC, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Debtor | Equity Holders | Address of Equity Holders | Number of Shares or Units Held/ Percentage of Equity Held |
|---|---|---|---|
| Longview Power, LLC | Longview Intermediate Holdings C, LLC | 966 Crafts Run Rd. Maidsville, West Virginia 26541 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Jeffery L. Keffer, the undersigned Authorized Officer of Longview Power, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: August 30, 2013

_____
Jeffery L. Keffer
Authorized Officer

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LONGVIEW POWER, LLC, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following organizational chart identifies all entities having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor") and any entity in which the Debtor owns an interest.

## DECLARATION UNDER PENALTY OF PERJURY

I, Jeffery L. Keffer, the undersigned Authorized Officer of Longview Power, LLC, the Debtor in this case, declare under penalty of perjury that I have read the corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: August 30, 2013

Jeffery L. Keffer
Authorized Officer



GenPower Holdings GP, Ltd.
GP Interest
GenPower Holdings (Delaware), L.P.
100%
90.9% - 1,000 Class B Interests
100%
100%
Siemens Financial Services, Inc.
GenPower Services, LLC
Longview Intermediate Holdings A, LLC
Mepco SM, LLC
DCWTS Holdings, LLC
93%
100%
9.1% - 100 Class A Interests
7%
Longview Intermediate Holdings B, LLC
Dunkard Creek Water Treatment System, LLC
100%
James Laurita
Longview Intermediate Holdings C, LLC (DE)
92.2% - 59,104 Class B Interests
100%
7.8% - 5,000 Class A Interests
Mepco Holdings, LLC (DE)
Longview Power, LLC (DE)
Legend:
Debtor
Non-Debtor
100%
100%
Alternate Energy, LLC (DE)
Mepco Intermediate Holdings A, LLC (DE)
100%
Mepco Intermediate Holdings, LLC (DE)
100%
Mepco, LLC (DE)
Coresco, LLC (DE)
Dana Mining Company of Pennsylvania, LLC (DE)
Dana Mining Company, LLC (DE)
Mepco Conveyor, LLC (DE)
Shannopin Materials LLC (DE)
Border Energy, LLC (DE)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LONGVIEW POWER, LLC, | ) | Case No. 13-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors.  To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date.  However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed.  Therefore, the listing does not, and should not, be deemed to constitute:  (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: (a) Longview Power, LLC (1860); and Longview Intermediate Holdings C, LLC (1008) (collectively, the "Longview Debtors"); and (b) Mepco Holdings, LLC (6654); Mepco Intermediate Holdings A, LLC (0502); Mepco Intermediate Holdings, LLC (4248); Mepco, LLC (3172); Coresco, LLC (6397); Dana Mining Company of Pennsylvania, LLC (8721); Dana Mining Company, LLC (4499); Mepco Conveyor, LLC (0477); Shannopin Materials LLC (1616); Border Energy, LLC (2798); and Alternate Energy, LLC (2428) (the foregoing excluding the Longview Debtors, collectively, the "Mepco Debtors").  The Longview Debtors' principal offices are located at 966 Crafts Run Road, Maidsville, West Virginia 26541.  The Mepco Debtors' principal offices are located at 308 Dents Run Road, Morgantown, West Virginia 26501.

**DECLARATION UNDER PENALTY OF PERJURY**
**CONCERNING CERTIFICATION OF CREDITOR MATRIX**

I, Jeffery L. Keffer, the undersigned Authorized Officer, declare under penalty of perjury that I have read the consolidated creditor matrix and that it is true and correct to the best of my knowledge, information, and belief.

Dated: August 30, 2013

Jeffery L. Keffer
Authorized Officer