**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LONGVIEW POWER, LLC, | Case No. 13-12211 (BLS) |
| Debtor. | |
| Tax I.D. No. 04-3561860 | |
| In re: | Chapter 11 |
| ALTERNATE ENERGY, LLC, | Case No. 13-12212 (BLS) |
| Debtor. | |
| Tax I.D. No. 27-0282428 | |
| In re: | Chapter 11 |
| BORDER ENERGY, LLC, | Case No. 13-12213 (BLS) |
| Debtor. | |
| Tax I.D. No. 26-2852798 | |
| In re: | Chapter 11 |
| CORESCO, LLC, | Case No. 13-12214 (BLS) |
| Debtor. | |
| Tax I.D. No. 35-2306397 | |
| In re: | Chapter 11 |
| DANA MINING COMPANY OF PENNSYLVANIA, LLC, | Case No. 13-12215 (BLS) |
| Debtor. | |
| Tax I.D. No. 37-1548721 | |

K&E 27738195

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DANA MINING COMPANY, LLC, ) | Case No. 13-12216 (BLS) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 36-4614499 ) | |
| In re: ) | Chapter 11 |
| ) | |
| LONGVIEW INTERMEDIATE HOLDINGS ) | Case No. 13-12217 (BLS) |
| C, LLC, ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 36-4601008 ) | |
| In re: ) | Chapter 11 |
| ) | |
| MEPCO CONVEYOR, LLC, ) | Case No. 13-12218 (BLS) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 26-2510477 ) | |
| In re: ) | Chapter 11 |
| ) | |
| MEPCO HOLDINGS, LLC, ) | Case No. 13-12219 (BLS) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 84-1726654 ) | |
| In re: ) | Chapter 11 |
| ) | |
| MEPCO INTERMEDIATE HOLDINGS A, ) | Case No. 13-12220 (BLS) |
| LLC, ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 26-2510502 ) | |

2

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MEPCO INTERMEDIATE HOLDINGS, ) | Case No. 13-12221 (BLS) |
| LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 61-1534248 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| MEPCO, LLC, ) | Case No. 13-12222 (BLS) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 38-3763172 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| SHANNOPIN MATERIALS LLC, ) | Case No. 13-12223 (BLS) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 26-2471616 ) | **Re: Docket No. 3** |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>"): (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and (b) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

3

consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Motion is granted as set forth herein.

2.  The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 13-12211 (BLS).

3.  The caption of the jointly administered cases should read as follows:

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

K&E 27738195

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LONGVIEW POWER, LLC, et al.,[1] | Case No. 13-12211 (BLS) |
| Debtors. | Jointly Administered |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Longview Power, LLC to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: Longview Power, LLC, Case No. 13-12211; Alternate Energy, LLC, Case No. 13-12212; Border Energy, LLC, Case No. 13-12213; Coresco, LLC, Case No. 13-12214; Dana Mining Company of Pennsylvania, LLC, Case No. 13-12215; Dana Mining Company, LLC, Case No. 13-12216; Longview Intermediate Holdings C, LLC, Case No. 13-12217; Mepco Conveyor, LLC, Case No. 13-12218; Mepco Holdings, LLC, Case No. 13-12219; Mepco Intermediate Holdings A, LLC, Case No. 13-12220; Mepco Intermediate Holdings, LLC, Case No. 13-12221; Mepco, LLC, Case No. 13-12222; Shannopin Materials LLC, Case No. 13-12223. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 13-12211 (BLS).

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: (a) Longview Power, LLC (1860); and Longview Intermediate Holdings C, LLC (1008) (collectively, the "Longview Debtors"); and (b) Mepco Holdings, LLC (6654); Mepco Intermediate Holdings A, LLC (0502); Mepco Intermediate Holdings, LLC (4248); Mepco, LLC (3172); Coresco, LLC (6397); Dana Mining Company of Pennsylvania, LLC (8721); Dana Mining Company, LLC (4499); Mepco Conveyor, LLC (0477); Shannopin Materials LLC (1616); Border Energy, LLC (2798); and Alternate Energy, LLC (2428) (the foregoing excluding the Longview Debtors, collectively, the "Mepco Debtors"). The Longview Debtors' principal offices are located at 966 Crafts Run Road, Maidsville, West Virginia 26541. The Mepco Debtors' principal offices are located at 308 Dents Run Road, Morgantown, West Virginia 26501.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: September 3, 2013
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

K&E 27738195