IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LONGVIEW POWER, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12211-BLS<br><br>(Joint Administration Pending)<br><br>**Telephonic Conference Date:<br>September 9, 2013 at 9:30 A.M. (E.T.)**<br><br>**Related to Docket No. 25** |

**STATEMENT OF FOSTER WHEELER NORTH AMERICA CORPORATION IN
ADVANCE OF SEPTEMBER 9, 2013 TELEPHONIC STATUS CONFERENCE
REGARDING THE SCOPE OF THE OCTOBER 7, 2013 HEARING RELATING TO THE
DEBTORS' CASH COLLATERAL MOTION**

Foster Wheeler North America Corporation ("Foster Wheeler"),[1] a creditor and party in interest in the above-captioned chapter 11 cases, hereby files this statement (the "Statement") in advance of the September 9, 2013 telephonic conference regarding the scope of the October 7, 2013 hearing on the motion of the debtors (the "Debtors"), for entry of interim and final orders (A) authorizing postpetition use of cash collateral, (B) granting adequate protection to certain Adequate Protection Parties, (C) scheduling a final hearing pursuant to Federal Rule of Bankruptcy Procedure 4001(B), and (D) granting related relief [Docket No. 25] (the "Cash Collateral Motion"). By this Statement, Foster Wheeler submits as follows:

1. By the *Notice of Agenda on Matters Scheduled for Telephonic Status Conference On September 9, 2013 at 9:30 A.M.* [Docket No. 118] (the "Agenda"), a status conference will

---

[1] Foster Wheeler believes that Siemens Energy, Inc. and Kvaerner North American Construction, Inc. support the scheduling portions of this Statement.

1

be held, telephonically, "regarding the scope of the October 7, 2013 hearing on the Cash Collateral Motion. . . ."

2.  In advance of the September 9, 2013 telephonic conference, the parties have met and conferred to determine the scope of the October 7, 2013 hearing. Due to conflicts in the parties' schedules, including the religious holiday, significant progress was made relating to the briefing schedule in conferences throughout the day today. Foster Wheeler believes the parties were able to reach agreement as to the briefing schedule set forth below, other than the discovery issues stated in Section III and the timing of the filing of objections to entry of a final order approving the Cash Collateral Motion. Notably, Foster Wheeler believes there is also agreement among the parties that no party will seek to prove liability with respect to the overall arbitration issues at the October 7, 2013 hearing. However, Foster Wheeler could not reach agreement with the Debtor or the Steering Committee with respect to the issues to be considered at the October 7, 2013. Therefore, in an effort to expedite matters, by this Statement, Foster Wheeler informs the Court of its position in advance of the Court's scheduled telephonic conference.

3.  Pursuant to the Agenda, Foster Wheeler submits that the scope of the October 7, 2013 hearing on the Cash Collateral Motion should address the following matters:

I.  **Motion for Relief From the Automatic Stay to Allow Arbitration to Proceed in its Entirety** (the "RFS Motion"): Foster Wheeler will file the RFS Motion in order to be heard on October 7, 2013. The RFS Motion will seek relief from the automatic stay to continue the pending arbitration in its entirety, including any issues relating to the Foster Wheeler LCs,[2] as well as a request for interim equitable relief to effectuate the order, *i.e.,* an order prohibiting

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Cash Collateral Motion or *Foster Wheeler North America Corporation's Objection to Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to the Adequate Protection Parties, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief* [Docket No. 55].

2

any draws on the Foster Wheeler LCs pending resolution of the issues or further order from the arbitration panel. In the alternative, Foster Wheeler will request interim equitable relief to maintain the status quo until the Court can determine all contested matters regarding the Foster Wheeler LCs and rights to draw. Foster Wheeler respectfully submits that the issues for determination by the Court on October 7, 2013 should be:

> Is the Court (or any other federal court) or the arbitration panel the appropriate body to resolve the issues currently before the arbitration panel, including the Foster Wheeler LCs issues?
>
>> A. If the Court determines that the arbitration panel is the appropriate venue to continue adjudication of the issues pending before it, should the Court, to effectuate its order, enjoin a draw on the Foster Wheeler LCs pending resolution of the issues by the arbitration panel?
>>
>> B. If the Court chooses to adjudicate the issues underlying the arbitration, can the Court determine validity of and title to the Foster Wheelers LCs as a matter of law?
>>
>>> i. <u>If yes</u>, (a) are the Foster Wheeler LCs valid; and (b) did the Debtors validly assign the Foster Wheeler LCs?
>>>
>>> ii. <u>If no</u>, Foster Wheeler will demand full discovery related to predicates of a draw on the Foster Wheeler LCs.
>>
>> C. If the Foster Wheeler LCs are valid and property of the Debtors' estate, can the Debtors draw on the Foster Wheeler LCs without proof of a quantifiable amount of direct damages for which Foster Wheeler is liable under the Boiler Agreement?
>>
>>> i. <u>If yes</u>, do the Debtors need the Foster Wheeler LCs funds?
>>>
>>> ii. <u>If no</u>, Foster Wheeler will demand full discovery of all issues.

II. **Limited Opposition to Final Cash Collateral Order:** In addition to the RFS Motion, Foster Wheeler intends to file a limited opposition to the entry of a final order on the Cash Collateral Motion to be heard on October 7, 2013. Foster Wheeler proposes to file its objection(s) to the entry of a final order on the Cash Collateral Motion by the Monday, September 23, 2013 deadline current set forth in the Interim Cash Collateral Order.

III. **Discovery Issue**: To the extent that the Debtors seek to draw on the Foster Wheeler LCs in their final budget, Foster Wheeler will require expedited discovery in advance of the final hearing on the Cash Collateral Motion, *i.e.,* October 7, 2013). Foster Wheeler proposes that the Debtors file their final budget and supporting declaration(s) on or before Wednesday, September 18, 2013. Foster Wheeler requests that it be entitled to written discovery and to depose all witnesses that the Debtors will introduce at October 7, 2013 hearing.

IV. **Briefing Schedule**: Foster Wheeler proposes the following briefing schedule for the RFS Motion: (1) RFS Motion to be filed by Wednesday, September 18, 2013, (2) Debtors' and lenders' response(s) due Friday, September 27, 2013, and (3) replies due Wednesday October 2, 2013.

4. Foster Wheeler submits that the aforementioned matters address the entire scope of issues to be considered at the October 7, 2013 hearing and that any further issues related to the Foster Wheeler LCs or the other issues before the arbitration panel need not be addressed unless and until the parties involved complete discovery and such issues are fully briefed in advance of a hearing scheduled by this Court at a later date.

Dated: September 8, 2013               **ASHBY & GEDDES, P.A.**

                                       */s/ Karen B. Owens*
                                       William P. Bowden (I.D. #2553)
                                       Karen B. Skomorucha Owens (I.D. #4759)
                                       500 Delaware Avenue, 8th Floor
                                       P.O. Box 1150
                                       Wilmington, Delaware 19899
                                       Telephone: (302) 654-1888
                                       Facsimile: (302) 654-2067

                                       -and-

**WINSTON & STRAWN LLP**
Lawrence A. Larose, Esq.
Samuel S. Kohn, Esq.
Carrie V. Hardman, Esq.
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Foster Wheeler North America Corp.*