# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LONGVIEW POWER, LLC, et al.,[1] | Case No. 13-12211 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 313 & 362** |

## AGREED ORDER GRANTING LIMITED RELIEF
## FROM THE AUTOMATIC STAY TO EXERCISE SETOFF RIGHTS

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an agreed order (the "Agreed Order"), this Agreed Order is made and entered into by Longview, one of the Debtors, and Citibank (collectively, the "Parties"), through their respective counsel, and is made in reference to the following facts:

A.    On August 30, 2013 (the "Petition Date"), each of the Debtors filed a petition with this Court under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: (a) Longview Power, LLC (1860); and Longview Intermediate Holdings C, LLC (1008) (collectively, the "Longview Debtors"); and (b) Mepco Holdings, LLC (6654); Mepco Intermediate Holdings A, LLC (0502); Mepco Intermediate Holdings, LLC (4248); Mepco, LLC (3172); Coresco, LLC (6397); Dana Mining Company of Pennsylvania, LLC (8721); Dana Mining Company, LLC (4499); Mepco Conveyor, LLC (0477); Shannopin Materials LLC (1616); Border Energy, LLC (2798); and Alternate Energy, LLC (2428) (the foregoing excluding the Longview Debtors, collectively, the "Mepco Debtors"). The Longview Debtors' principal offices are located at 966 Crafts Run Road, Maidsville, West Virginia 26541. The Mepco Debtors' principal offices are located at 308 Dents Run Road, Morgantown, West Virginia 26501.

[2]  Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Motion.

K&E 27920615

Rule 1015(b). No party has requested the appointment of a trustee or examiner in these chapter 11 cases, and no committees have been appointed or designated.

B. Pursuant to the Longview Credit Agreement, Citibank, in its capacity as the Funded L/C Issuing Bank thereunder, agreed to issue the Funded Letters of Credit.

C. Citibank, in its capacity as Funded L/C Issuing Bank, has a perfected security interest in, lien upon, and exclusive control of the Citibank Account. Funds in the Citibank Account collateralize Longview's reimbursement obligations under the Funded Letters of Credit.

D. Longview is obligated to reimburse Citibank for any amounts drawn under the Funded Letters of Credit, and Citibank's right to reimbursement for such amounts ranks senior to the rights of any other party to the Longview Credit Agreement or the Intercreditor Agreement.

E. Citibank has issued the Debt Service Reserve Letter of Credit in the aggregate amount of $6,194,781.65 on behalf of Longview in favor of the Dunkard Creek Collateral Agent.

F. On August 30, 2013, the Dunkard Creek Collateral Agent made a draw request on the Debt Service Reserve Letter of Credit, and on September 5, 2013, Citibank honored the draw request and funded the full amount of the Debt Service Reserve Letter of Credit to the Dunkard Creek Collateral Agent, as beneficiary thereunder.

G. As of October 1, 2013, the Citibank Account held a balance in the amount of $6,205,376.09, and the drawn amount of the Debt Service Reserve Letter of Credit equaled $6,194,781.65. As of the Petition Date, Longview also owed Citibank $5,592.51 with respect to accrued and unpaid fees in connection with the issuance of the Debt Service Reserve Letter of Credit.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval by the Court it shall be so ORDERED:

K&E 27920615

1. The Motion is granted to the extent provided herein.

2. The automatic stay is lifted solely for the purpose of permitting Citibank to effectuate a setoff of its reimbursement claim arising from the drawn amount of the Debt Service Letter of Credit against the funds held in the Citibank Account pursuant to section 553 of the Bankruptcy Code in an amount not to exceed $6,200,374.16.

3. If this Agreed Order is not entered by the Court, nothing in the Motion or this Agreed Order shall be an admission or deemed an admission by either Party.

4. Nothing in this Agreed Order is an admission or acknowledgement by the Debtors of the setoff rights or purported setoff rights available to any other party, and the Debtors reserve all rights to dispute the setoff rights or purported setoff rights asserted by any other party.

5. Each of the Parties hereto represents and warrants that it is duly authorized to enter into and be bound by this Agreed Order.

6. No negotiations or writings in connection with this Agreed Order shall in any way be construed as or deemed to be evidence of or an admission on behalf of any Party regarding any claim or right that such Party may have against the other Party.

7. This Agreed Order may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original, but all of which together shall constitute one instrument.

8. The terms and conditions of this Agreed Order shall be immediately effective and enforceable upon its entry by the Court.

9. The Court retains exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Agreed Order.

K&E 27920615

10. Notwithstanding Bankruptcy Rule 6004(h) or any other Bankruptcy Rule, this Agreed Order shall not be stayed and shall be immediately effective and enforceable upon its entry.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

K&E 27920615

**SO AGREED.**

LONGVIEW POWER, LLC

*/s/ Ray C. Schrock*
Richard M. Cieri (admitted *pro hac vice*)
Paul M. Basta, P.C. (admitted *pro hac vice*)
Ray C. Schrock, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         richard.cieri@kirkland.com
                  paul.basta@kirkland.com
                  ray.schrock@kirkland.com

*Counsel to Longview Power, LLC*


CITIBANK, N.A.

*/s/ James Ktsanes*
James Ktsanes (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:   (312) 876-7700
Facsimile:    (312) 993-9767
Email:         james.ktsanes@lw.com

*Counsel to Citibank, N.A.*

**SO ORDERED.**

Dated: Oct. 25, 2013
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE