# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LONGVIEW POWER, LLC, et al.,[1] | ) ) | Case No. 13-12211 (BLS) |
| Debtors. | ) ) ) ) ) | Jointly Administered  **Re: Docket Nos. 392 & 470** |

## NOTICE OF FILING OF REVISED FORM OF DIP FINANCING AGREEMENT

**PLEASE TAKE NOTICE** that, in connection with the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing on a Priming Basis, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to the Adequate Protection Parties, and (IV) Granting Related Relief* [Docket No. 392] (the "Financing Motion"), on November 15, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed a form of DIP Financing Agreement[2] [Docket No. 470] (the "November 15 Agreement").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: (a) Longview Power, LLC (1860); and Longview Intermediate Holdings C, LLC (1008) (collectively, the "Longview Debtors"); and (b) Mepco Holdings, LLC (6654); Mepco Intermediate Holdings A, LLC (0502); Mepco Intermediate Holdings, LLC (4248); Mepco, LLC (3172); Coresco, LLC (6397); Dana Mining Company of Pennsylvania, LLC (8721); Dana Mining Company, LLC (4499); Mepco Conveyor, LLC (0477); Shannopin Materials LLC (1616); Border Energy, LLC (2798); and Alternate Energy, LLC (2428) (the foregoing excluding the Longview Debtors, collectively, the "Mepco Debtors"). The Longview Debtors' principal offices are located at 966 Crafts Run Road, Maidsville, West Virginia 26541. The Mepco Debtors' principal offices are located at 308 Dents Run Road, Morgantown, West Virginia 26501.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Financing Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised form of the DIP Financing Agreement (the "Revised Agreement"), a copy of which is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline of the Revised Agreement against November 15 Agreement is attached hereto as **Exhibit B**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

RLF1 9610691v.1

| | |
|---|---|
| Wilmington, Delaware<br>Dated: November 20, 2013 | */s/* Marisa A. Terranova<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Marisa A. Terranova (No. 5396)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>92 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  defranceschi@rlf.com<br>  heath@rlf.com<br>  shapiro@rlf.com<br>  terranova@rlf.com<br><br>   - and -<br><br>Richard M. Cieri (admitted *pro hac vice*)<br>Paul M. Basta, P.C. (admitted *pro hac vice*)<br>Ray C. Schrock, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  richard.cieri@kirkland.com<br>  paul.basta@kirkland.com<br>  ray.schrock@kirkland.com<br><br>   - and -<br><br>Ryan Preston Dahl (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  ryan.dahl@kirkland.com<br><br>*Co-Counsel for the*<br>*Debtors and Debtors in Possession* |

3