# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| LONGVIEW POWER, LLC, et al.,[1] | ) Case No. 13-12211 (BLS) |
| Debtors. | ) (Jointly Administered) |

**LONGVIEW POWER, LLC'S MOTION FOR ENTRY OF ORDER (A) ESTIMATING THE CLAIMS OF KVAERNER NORTH AMERICAN CONSTRUCTION, INC., SIEMENS ENERGY, INC. AND FOSTER WHEELER NORTH AMERICA CORP. IN THE AMOUNT OF ZERO DOLLARS AND (B) GRANTING RELATED RELIEF**

# FILED UNDER SEAL

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification are as follows: (a) Longview Power, LLC (1860); and Longview Intermediate Holdings C, LLC (1008) (collectively, the "Longview Debtors"); and (b) Mepco Holdings, LLC (6654); Mepco Intermediate Holdings A, LLC (0502); Mepco Intermediate Holdings, LLC (4248); Mepco, LLC (3172); Coresco, LLC (6397); Dana Mining Company of Pennsylvania, LLC (8721); Dana Mining Company, LLC (4499); Mepco Conveyor, LLC (0477); Shannopin Materials LLC (1616); Border Energy, LLC (2798); and Alternate Energy, LLC (2428) (the foregoing excluding the Longview Debtors, collectively, the "Mepco Debtors"). The Longview Debtors' principal offices are located at 966 Crafts Run Road, Maidsville, West Virginia 26541. The Mepco Debtors' principal offices are located at 308 Dents Run Road, Morgantown, West Virginia 26501.

RLF1 9690723v.1

| | |
|---|---|
| Dated:  December 11, 2013<br>　　　Wilmington, Delaware | */s/* Marisa A. Terranova |

Daniel J. DeFranceschi (DE Bar No. 2732)
Paul N. Heath (DE Bar No. 3704)
Zachary I. Shapiro (DE Bar No. 5103)
Marisa A. Terranova (DE Bar No. 5396)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:　(302) 651-7700
Facsimile:　(302) 651-7701
Email:　　　defranceschi@rlf.com
　　　　　　heath@rlf.com
　　　　　　shapiro@rlf.com
　　　　　　terranova@rlf.com

*Co-Counsel for Longview Power, LLC*

- and -

Philip R. White (admitted *pro hac vice*)
D. Farrington Yates (admitted *pro hac vice*)
David W. Kiefer (admitted *pro hac vice*)
Jonathan S. Jemison (admitted *pro hac vice*)
Scott E. Koerner (admitted *pro hac vice*)
David A. Pisciotta (admitted *pro hac vice*)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:　(212) 786-6700
Facsimile:　(212) 768-6800
Email:　　　phil.white@dentons.com
　　　　　　farrington.yates@dentons.com
　　　　　　david.kiefer@dentons.com
　　　　　　jonathan.jemison@dentons.com
　　　　　　scott.koerner@dentons.com
　　　　　　david.pisciotta@dentons.com

*Special Litigation Counsel for Longview Power, LLC*

RLF1 9690723v.1