# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LONGVIEW POWER, LLC, et al.,[1] | ) ) ) | Case No. 13-12211 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | Proposed Hearing Date: February 7, 2014 |
|  |  | Objection Deadline: January 10, 2014 at 4:00 p.m. (EST) |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on December 11, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed *Longview Power, LLC's Motion for Entry of Order (A) Estimating the Claims of Kvaerner North American Construction, Inc., Siemens Energy, Inc. and Foster Wheeler North America Corp. in the Amount of Zero Dollars and (B) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned attorneys for the Debtors on or before **January 10, 2014 at 4:00 p.m. (Eastern Standard Time)**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification are as follows: (a) Longview Power, LLC (1860); and Longview Intermediate Holdings C, LLC (1008) (collectively, the "Longview Debtors"); and (b) Mepco Holdings, LLC (6654); Mepco Intermediate Holdings A, LLC (0502); Mepco Intermediate Holdings, LLC (4248); Mepco, LLC (3172); Coresco, LLC (6397); Dana Mining Company of Pennsylvania, LLC (8721); Dana Mining Company, LLC (4499); Mepco Conveyor, LLC (0477); Shannopin Materials LLC (1616); Border Energy, LLC (2798); and Alternate Energy, LLC (2428) (the foregoing excluding the Longview Debtors, collectively, the "Mepco Debtors"). The Longview Debtors' principal offices are located at 966 Crafts Run Road, Maidsville, West Virginia 26541. The Mepco Debtors' principal offices are located at 308 Dents Run Road, Morgantown, West Virginia 26501.

RLF1 9690717v.1

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion, will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on a date and time that is convenient to the Bankruptcy Court and parties in interest will received separate notice of the court-approved hearing date for the Motion.

| | |
|---|---|
| Dated:  December 11, 2013<br>Wilmington, Delaware | */s/* Marisa A. Terranova |

Daniel J. DeFranceschi (DE Bar No. 2732)
Paul N. Heath (DE Bar No. 3704)
Zachary I. Shapiro (DE Bar No. 5103)
Marisa A. Terranova (DE Bar No. 5396)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
heath@rlf.com
shapiro@rlf.com
terranova@rlf.com

*Co-Counsel for Longview Power, LLC*

- and -

Philip R. White (admitted *pro hac vice*)
D. Farrington Yates (admitted *pro hac vice*)
David W. Kiefer (admitted *pro hac vice*)
Jonathan S. Jemison (admitted *pro hac vice*)
Scott E. Koerner (admitted *pro hac vice*)
David A. Pisciotta (admitted *pro hac vice*)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 786-6700
Facsimile: (212) 768-6800
Email: phil.white@dentons.com
farrington.yates@dentons.com
david.kiefer@dentons.com
jonathan.jemison@dentons.com
scott.koerner@dentons.com
david.pisciotta@dentons.com

*Special Litigation Counsel for Longview Power, LLC*