**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LONGVIEW POWER, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 13-12211 (BLS)<br><br>(Jointly Administered) |
| LONGVIEW POWER, LLC,<br>                Plaintiff,<br>   v.<br>KVAERNER NORTH AMERICAN CONSTRUCTION INC., and SIEMENS ENERGY, INC.<br>                Defendants. | Adv. Proc. No. 13-52531 (BLS) |

**KVAERNER NORTH AMERICAN CONSTRUCTION INC.'S OBJECTION
AND RESERVATION OF RIGHTS TO LONGVIEW POWER, LLC'S MOTION FOR
ENTRY OF ORDER (A) ESTIMATING THE CLAIMS OF KVAERNER NORTH
AMERICAN CONSTRUCTION INC., SIEMENS ENERGY, INC. AND FOSTER
WHEELER NORTH AMERICA CORP. IN THE AMOUNT OF ZERO DOLLARS AND
<u>(B) GRANTING RELATED RELIEF</u>**

# **<u>FILED UNDER SEAL</u>**

Dated:  January 10, 2014　　　　　　　　**DORSEY & WHITNEY (DELAWARE) LLP**

/s/  Eric Lopez Schnabel
Eric Lopez Schnabel (DE Bar No. 3672)
Robert W. Mallard (DE Bar No. 4279)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail:  schnabel.eric@dorsey.com
　　　　　mallard.robert@dosey.com

**DORSEY & WHITNEY LLP**
Neil E. McDonell, Esq.
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail:  mcdonell.neil@dorsey.com

Jocelyn L. Knoll, Esq.
Eric Ruzicka, Esq.
50 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
E-mail:  knoll.jocelyn@dorsey.com
　　　　　ruzicka.eric@dorsey.com

*Attorneys for Kvaerner North American Construction Inc.*