IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LONGVIEW POWER, LLC, *et al.*[1] | ) | Case No. 13-12211 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| LONGVIEW POWER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 13-52531 (BLS) |
| | ) | |
| v. | ) | |
| | ) | |
| KVAERNER NORTH AMERICAN CONSTRUCTION, INC. and SIEMENS ENERGY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
*TELEPHONIC* HEARING ON JANUARY 15, 2014 AT 12:00 P.M.**[2]

**I.    STATUS CONFERENCES:**

1. Longview Power, LLC's Motion for Entry of Order (A) Estimating the Claims of Kvaerner North American Construction, Inc., Siemens Energy, Inc. and Foster Wheeler North America Corp. in the Amount of Zero Dollars and (B) Granting Related Relief (FILED UNDER SEAL) [Docket No. 582 - filed December 11, 2013]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: (a) Longview Power, LLC (1860); and Longview Intermediate Holdings C, LLC (1008) (collectively, the "Longview Debtors"); and (b) Mepco Holdings, LLC (6654); Mepco Intermediate Holdings A, LLC (0502); Mepco Intermediate Holdings, LLC (4248); Mepco, LLC (3172); Coresco, LLC (6397); Dana Mining Company of Pennsylvania, LLC (8721); Dana Mining Company, LLC (4499); Mepco Conveyor, LLC (0477); Shannopin Materials LLC (1616); Border Energy, LLC (2798); and Alternate Energy, LLC (2428) (the foregoing excluding the Longview Debtors, collectively, the "Mepco Debtors"). The Longview Debtors' principal offices are located at 966 Crafts Run Road, Maidsville, West Virginia 26541. The Mepco Debtors' principal offices are located at 308 Dents Run Road, Morgantown, West Virginia 26501.

[2] The telephonic hearing will be before The Honorable Brendan L. Shannon of the United States Bankruptcy Court for the District of Delaware. Any party who wishes to appear at the telephonic hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Standard Time) on Tuesday, January 14, 2014, pursuant to the *Instructions for Telephonic Appearances Effective January 5, 2005,* revised April 27, 2009. All pleadings referenced herein are available online at www.donlinrecano.org/cl/Home/li.

RLF1 9758832v.1

Objection/Response Deadline:       January 10, 2014 at 4:00 p.m. (EST)

Objections/Responses Received:

A. Objection of Siemens Energy, Inc. to Longview Power, LLC's Motion for Entry of Order (A) Estimating the Claims of Kvaerner North American Construction, Inc., Siemens Energy, Inc. and Foster Wheeler North America Corp. in the Amount of Zero Dollars and (B) Granting Related Relief (FILED UNDER SEAL) [Docket No. 721 - filed January 10, 2014]

B. Foster Wheeler North America Corporation's Response to Longview Power, LLC's Motion for Entry of Order (A) Estimating the Claims of Kvaerner North American Construction, Inc., Siemens Energy, Inc. and Foster Wheeler North America Corp. in the Amount of Zero Dollars and (B) Granting Related Relief (FILED UNDER SEAL) [Docket No. 724 - filed January 10, 2014]

C. Kvaerner North American Construction Inc.'s Objection and Reservation of Rights to Longview Power, LLC's Motion for Entry of Order (A) Estimating the Claims of Kvaerner North American Construction Inc., Siemens Energy, Inc. and Foster Wheeler North America Corp. in the Amount of Zero Dollars and (B) Granting Related Relief (FILED UNDER SEAL) [Docket No. 728 - filed January 10, 2014]

Related Documents:

i. Declaration of Jeffrey L. Keffer in Support of Longview Power, LLC's Motion for Entry of Order (A) Estimating the Claims of Kvaerner North American Construction, Inc., Siemens Energy, Inc. and Foster Wheeler North America Corp. in the Amount of Zero Dollars and (B) Granting Related Relief (FILED UNDER SEAL) [Docket No. 582 - filed December 11, 2013]

ii. Declaration of Jonathan S. Jemison in Support of Longview Power, LLC's Motion for Entry of Order (A) Estimating the Claims of Kvaerner North American Construction, Inc., Siemens Energy, Inc. and Foster Wheeler North America Corp. in the Amount of Zero Dollars and (B) Granting Related Relief (FILED UNDER SEAL) [Docket No. 583 - filed December 11, 2013]

iii. Motion for Entry of an Order (I) Authorizing Longview Power, LLC to File Under Seal (A) an Unredacted Version of Estimation Motion, (B) the Keffer Declaration and (C) the Jemison Declaration and (II) Granting Related Relief [Docket No. 588 - filed December 11, 2013]

iv. Letter to The Honorable Brendan L. Shannon from Karen B. Skomorucha Owens [Docket No. 691 - filed December 26, 2013]

    v.      Letter to The Honorable Brendan L. Shannon from D. Farrington Yates [Docket No. 693 - filed December 26, 2013]

    vi.    Letter from The Honorable Brendan L. Shannon to Karen Skomorucha Owens and D. Farrington Yates [Docket No. 707 - filed December 30, 2013]

    vii.   Siemens Energy Inc.'s Motion to File Under Seal (I) its Responses to the Estimation Motion and the Motion for Summary Judgment and (II) Related Documents [Docket No. 720, Adv. Pro. No. 13-52531 Docket No. 14 - filed January 10, 2014]

    viii.  Declaration of Peter L. Pollock, Jr. in Support of Siemens Energy, Inc.'s (I) Objection to Estimation Motion, (II) Motion to Dismiss or Stay the Adversary Proceeding, and (III) Brief in Opposition to Motion for Summary Judgment (FILED UNDER SEAL) [Docket No. 722 - filed January 10, 2014]

    ix.    Motion for Entry of an Order Authorizing Foster Wheeler North America Corporation to File Under Seal its Response to Longview Power, LLC's Estimation Motion and the Accompanying Affidavits and Exhibits [Docket No. 725 - filed January 10, 2014]

    x.     Motion for Entry of an Order (I) Authorizing Kvaerner North American Construction Inc. to File Under Seal the Estimation Objection and (II) Granting Related Relief [Docket No. 726 - filed January 10, 2014]

    xi.    Motion of Kvaerner North American Construction Inc. for Leave to Exceed Page Limit Requirement for Objection to Estimation Motion [Docket No. 727 - filed January 10, 2014]

    xii.   Letter to The Honorable Brendan L. Shannon from Ray C. Schrock, P.C. [Docket No. 729, Adv. Pro. No. 13-52531 Docket No. 28 - filed January 12, 2014]

Status:  A status conference regarding this matter will go forward.

2. Longview Power, LLC's Motion for Summary Judgment Reducing the Maximum Potential Extent of the Mechanics' Lien [Adv. Pro. No. 13-52531 Docket No. 3 - filed December 11, 2013]

    Objection/Response Deadline:     January 10, 2014 at 4:00 p.m. (EST)

    Objections/Responses Received:

    A.    Brief of Siemens Energy, Inc. in Opposition to Longview Power LLC's Motion for Summary Judgment Reducing Maximum Potential Extent of Mechanics' Lien (FILED UNDER SEAL) [Adv. Pro. No. 13-52531 Docket No. 16 - filed January 10, 2014]

B.  Kvaerner North American Construction Inc.'s Opposition to Longview Power, LLC's Motion for Summary Judgment Seeking to Reduce Maximum Potential Extent of Mechanics' Lien (FILED UNDER SEAL) [Adv. Pro. No. 13-52531 Docket No. 24 - filed January 10, 2014]

Related Documents:

i.  Complaint for Declaratory Judgment to Reduce Maximum Potential Extent of Mechanics' Lien [Adv. Pro. No. 13-52531 Docket No. 1 - filed December 11, 2013]

ii. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Pro. No. 13-52531 Docket No. 2 - filed December 11, 2013]

iii. Longview Power, LLC's Brief in Support of Motion for Summary Judgment Reducing Maximum Potential Extent of Mechanics' Lien (FILED UNDER SEAL) [Adv. Pro. No. 13-52531 Docket No. 4 - filed December 11, 2013]

iv. Affidavit of Mark A. Joensen in Support of Longview Power, LLC's Motion for Summary Judgment Reducing Maximum Potential Extent of Mechanics' Lien (FILED UNDER SEAL) [Adv. Pro. No. 13-52531 Docket No. 5 - filed December 11, 2013]

v.  Motion for Entry of an Order (I) Authorizing Longview Power, LLC to File Under Seal (A) the Affidavit of Mark A. Joensen and (B) an Unredacted Version of Longview's Opening Brief in Support of Summary Judgment Motion and (II) Granting Related Relief [Adv. Pro. No. 13-52531 Docket No. 6 - filed December 11, 2013]

vi. Longview Power, LLC's Motion for Leave to Exceed Page Limit Requirement for Opening Brief [Adv. Pro. No. 13-52531 Docket No. 7 - filed December 11, 2013]

vii. Answer of Siemens Energy, Inc. to Plaintiff's Complaint for Declaratory Judgment to Reduce Maximum Potential Extent of Mechanics' Liens [Adv. Pro. No. 13-52531 Docket No. 12 - filed January 10, 2014]

viii. Siemens Energy Inc.'s Motion to File Under Seal (I) its Responses to the Estimation Motion and the Motion for Summary Judgment and (II) Related Documents [Docket No. 720, Adv. Pro. No. 13-52531 Docket No. 14 - filed January 10, 2014]

ix. Siemens Energy, Inc.'s Motion to Dismiss or, in the Alternative, to Stay This Adversary Proceeding and to Compel Arbitration (FILED UNDER SEAL) [Adv. Pro. No. 13-52531 Docket No. 15 - filed January 10, 2014]

x.  Declaration of Peter L. Pollock, Jr. in Support of Seimens Energy, Inc.'s (I) Objection to Estimation Motion, (II) Motion to Dismiss or Stay the Adversary

    Proceeding, and (III) Brief in Opposition to Motion for Summary Judgment (FILED UNDER SEAL) [Adv. Pro. No. 13-52531 Docket No. 722 - filed January 10, 2014]

xi. Motion of Kvaerner North American Construction Inc. to Dismiss Complaint [Adv. Pro. No. 13-52531 Docket No. 17 - filed January 10, 2014]

xii. Kvaerner North American Construction Inc.'s Opening Brief in Support of Motion to Dismiss Complaint [Adv. Pro. No. 13-52531 Docket No. 18 - filed January 10, 2014]

xiii. Answer of Kvaerner North American Construction Inc. to Complaint for Declaratory Judgment to Reduce Maximum Potential Extent of Mechanics' Lien [Adv. Pro. No. 13-52531 Docket No. 20 - filed January 10, 2014]

xiv. Motion for Entry of an Order (I) Authorizing Kvaerner North American Construction Inc. to File Under Seal Kvaerner North American Construction Inc.'s Opposition to Longview Power, LLC's Motion for Summary Judgment Seeking to Reduce Maximum Potential Extent of Mechanics' Lien and (II) Granting Related Relief [Adv. Pro. No. 13-52531 Docket No. 23 - filed January 10, 2014]

xv. Declaration of James Tedjeske in Opposition to Longview's Motion for Summary Judgment (FILED UNDER SEAL) [Adv. Pro. No. 13-52531 Docket No. 25 - filed January 10, 2014]

xvi. Declaration of Bernard J. Fedak in Opposition to Longview's Motion for Summary Judgment (FILED UNDER SEAL) [Adv. Pro. No. 13-52531 Docket No. 26 - filed January 10, 2014]

xvii. Letter to The Honorable Brendan L. Shannon from Ray C. Schrock, P.C. [Docket No. 729, Adv. Pro. No. 13-52531 Docket No. 28 - filed January 12, 2014]

<u>Status</u>:  A status conference regarding this matter will go forward.

| | |
|---|---|
| Dated: January 13, 2014<br>Wilmington, Delaware | */s/* Marisa A. Terranova<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Paul N. Heath (DE Bar No. 3704)<br>Zachary I. Shapiro (DE Bar No. 5103)<br>Marisa A. Terranova (DE Bar No. 5396)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  defranceschi@rlf.com<br>      heath@rlf.com<br>      shapiro@rlf.com<br>      terranova@rlf.com<br><br>*Co-Counsel for Longview Power, LLC*<br><br>- and -<br><br>Philip R. White (admitted *pro hac vice*)<br>D. Farrington Yates (admitted *pro hac vice*)<br>David W. Kiefer (admitted *pro hac vice*)<br>Jonathan S. Jemison (admitted *pro hac vice*)<br>Scott E. Koerner (admitted *pro hac vice*)<br>David A. Pisciotta (admitted *pro hac vice*)<br>**DENTONS US LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1089<br>Telephone:  (212) 786-6700<br>Facsimile:  (212) 768-6800<br>Email:  phil.white@dentons.com<br>      farrington.yates@dentons.com<br>      david.kiefer@dentons.com<br>      jonathan.jemison@dentons.com<br>      scott.koerner@dentons.com<br>      david.pisciotta@dentons.com<br><br>*Special Litigation Counsel*<br>*for Longview Power, LLC* |