# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LONGVIEW POWER, LLC, *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 13-12211 (BLS)<br><br>  Jointly Administered<br><br>  Re: Docket No. 1018 |

## NOTICE OF APPEAL

Kvaerner North American Construction Inc. ("Kvaerner"), hereby appeals under 28 U.S.C. §158(a) from the Bankruptcy Court's March 7, 2014 *Order Authorizing Settlement Between Longview Power, LLC and Foster Wheeler North America Corp.* [Docket No. 1018] (the "Order") which was entered by the Honorable Brendan L. Shannon, United States Bankruptcy Court Judge, in the above-captioned bankruptcy case, *In re Longview Power, LLC*, et. al., Case No. 13-12211.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: (a) Longview Power, LLC (1860); and Longview Intermediate Holdings C, LLC (1008) (collectively, the "Longview Debtors"); and (b) Mepco Holdings, LLC (6654); Mepco Intermediate Holdings A, LLC (0502); Mepco Intermediate Holdings, LLC (4248); Mepco, LLC (3172); Coresco, LLC (6397); Dana Mining Company of Pennsylvania, LLC (8721); Dana Mining Company, LLC (2798); and Alternate Energy, LLC (2428) (the foregoing excluding the Longview Debtors, collectively, the "Mepco Debtors"). The Longview Debtors' principal offices are located at 966 Crafts Run Road, Maidsville, West Virginia 26541. The Mepco Debtors' principal offices are located at 308 Dents Run Road, Morgantown, West Virginia 26501.

| **Appellee:** | **Appellant:** |
|---|---|
| Longview Power, LLC, *et. al.* | Kvaerner North American Construction Inc. |

| **Co-Counsel for Longview Power, LLC:** | **Counsel for the Appellant:** |
|---|---|
| Daniel J. DeFranceschi (DE Bar No. 2732)<br>Paul N. Heath (DE Bar No. 3704)<br>Zachary I. Shapiro (DE Bar No. 5103)<br>Marisa Terranova (DE Bar NO. 5396)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile:  (302) 651-7701 | Eric Lopez Schnabel  (DE Bar No. 3672)<br>Robert W. Mallard (DE Bar No. 4279)<br>Alessandra Glorioso  (DE Bar No. 5757)<br>DORSEY & WHITNEY (DELAWARE) LLP<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>Telephone: (302) 425-7171<br>Facsimile: (302) 425-7177 |

**Special Litigation Counsel for Longview Power, LLC:**

Philip R. White
D. Farrington Yates
David W. Kiefer
Jonathan S. Jemison
Scott E. Koerner
David A. Pisciotta
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:  (212) 786-6700
Facsimile:   (212) 768-6800

William G. Primps, Esq.
Eric Lopez Schnabel, Esq.
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Jocelyn L. Knoll, Esq.
Eric Ruzicka, Esq.
DORSEY & WHITNEY LLP
50 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

**Appellee:**

Foster Wheeler North America Corporation

**Counsel for Foster Wheeler North America Corporation**

William P. Bowden, Esq. (DE Bar No. 2253)
Karen B. Skomorucha (DE Bar No. 4759)
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

Lawrence A. Larose, Esq.
Samuel S. Kohn, Esq.
Robert. J. Gayda, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Ira Genberg, Esq.
Jason D. McLarry, Esq.
TROUTMAN SANDERS LLP
600 Peachtree Street, NE Suite 5200
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

Dated: March 21, 2014

**DORSEY & WHITNEY (DELAWARE) LLP**

/s/ Eric Lopez Schnabel
Eric Lopez Schnabel (DE Bar No. 3672)
Robert W. Mallard (DE Bar No. 4279)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-Mail: schnabel.eric@dorsey.com
 mallard.robert@dorsey.com
 glorioso.alessandra@dorsey.com

**DORSEY & WHITNEY LLP**

William G. Primps, Esq.
Eric Lopez Schnabel, Esq.
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Jocelyn L. Knoll, Esq.
Eric Ruzicka, Esq.
50 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Appellant Kvaerner North American Construction Inc.*