**EXHIBIT A**

**Updated Financial Projections**

KE 34564321

**PROJECTIONS OF CERTAIN FINANCIAL DATA
FOLLOWING EFFECTIVE DATE OF PLAN[1]**

In connection with the Disclosure Statement, the Debtors' management team ("Management") prepared Financial Projections for the fiscal years 2015 through 2019 (the "Projection Period"). The Financial Projections were prepared by Management and are based on a number of assumptions made by Management with respect to the future performance of the Reorganized Debtors' operations. The Debtors' board of directors was not asked to, and thus did not, approve the Financial Projections or evaluate or endorse the projections or the assumptions underlying the Financial Projections. Although Management has prepared the Financial Projections in good faith and believes the assumptions to be reasonable, it is important to note that the Debtors can provide no assurance that such assumptions will be realized. As described in detail in the Disclosure Statement, a variety of risk factors could affect the Reorganized Debtors' financial results and must be considered. Accordingly, the Financial Projections should be reviewed in conjunction with a review of the risk factors set forth in the Disclosure Statement and the assumptions described herein, including all relevant qualifications and footnotes.

The following Financial Projections were not prepared with a view toward compliance with published rules of the Securities and Exchange Commission or the American Institute of Certified Public Accountants regarding projections. The Debtors' auditor has not examined, compiled, or performed any Procedures with respect to the prospective financial information contained in this exhibit and, accordingly, it does not express an opinion or any other form of assurance on such information or its achievability. The Debtors' auditor assumes no responsibility for, and denies any association with, the prospective financial information.

**Principal Assumptions for the Financial Projections**

The Financial Projections are based on, and assume the successful implementation of, the Reorganized Debtors' business plan. Both the business plan and the Financial Projections reflect numerous assumptions, including various assumptions regarding the anticipated future performance of the Reorganized Debtors, industry performance, general business and economic conditions, and other matters, many of which are beyond the control of the Reorganized Debtors. In addition, the assumptions do not take into account the uncertainty and disruption of business that may accompany a restructuring in the Bankruptcy Court. Therefore, although the Financial Projections are necessarily presented with numerical specificity, the actual results achieved during the Projection Period will likely vary from the projected results. These variations may be material. Accordingly, no representation can be or is being made with respect to the accuracy of the Financial Projections or the ability of the Reorganized Debtors to achieve the projected results of operations. See "*Risk Factors*," Disclosure Statement, Art. VIII.

In deciding whether to vote to accept or reject the proposed Plan, creditors must make their own determinations as to the reasonableness of such assumptions and the reliability of the Financial Projections. See "*Risk Factors*," Disclosure Statement, Art. VIII. Moreover, the Financial Projections were prepared solely in connection with the restructuring pursuant to the Plan.

Under Accounting Standards Codification "ASC" 852, "Reorganizations" ("ASC 852"), the Reorganized Debtors note that the Financial Projections reflect the operational emergence from chapter 11 but not the impact of fresh start accounting that will likely be required upon emergence. The Financial Projections account for the reorganization

---

[1] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the *Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1776] (as may be amended, modified, or supplemented from time to time, the "Plan") or the *Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 672] (as supplemented pursuant to [Docket No. 1261] and the *Disclosure Statement Supplement to the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (to which these Financial Projections are attached as **Exhibit A**), and as may be amended, modified, or further supplemented from time to time, the "Disclosure Statement").

and related transactions pursuant to the Plan. While the Company expects that it will be required to implement fresh start accounting upon emergence, it has not yet completed the work required to quantify the impact to its Financial Projections. When the Company does fully implement fresh start accounting, differences from the depiction presented are anticipated and those differences could be material. Fresh start accounting requires all assets, liabilities, and equity instruments to be valued at "fair value." In the attached presentation, no such adjustments have been made to individual asset, liability, and equity categories.

**Safe Harbor Statement Under The Private Securities Litigation Reform Act Of 1995**

The Financial Projections contain statements which constitute "forward-looking statements" within the meaning of the Securities Act of 1933, as amended (the "Securities Act") and the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "Exchange Act"). Forward-looking statements in the Financial Projections include the intent, belief or current expectations of the Reorganized Debtors and members of its management team with respect to the timing of, completion of, and scope of the current restructuring, reorganization plan, strategic business plan, bank financing, and debt and equity market conditions, and the Reorganized Debtors' future liquidity, as well as the assumptions upon which such statements are based.

While the Debtors believe that the expectations are based on reasonable assumptions within the bounds of their knowledge of their business and operations, parties in interest are cautioned that any such forward-looking statements are not guarantees of future performance, and involve risks and uncertainties, and that actual results may differ materially from those contemplated by such forward-looking statements.

**Select Risk Factors Related to the Financial Projections**

The Debtors have recently updated their 5-year business plan, covering fiscal 2015 through 2019. The business plan was developed on an operational rather than legal entity basis.

Risks associated with any potential remaining adverse financial impact(s) arising from the filing of chapter 11 petitions are not incorporated into the Financial Projections.

Employee turnover at the management and operational level, including as related to the impact of a chapter 11 filing, is not incorporated into the Financial Projections. The loss of certain of the Reorganized Debtors' employees and management could have an adverse impact on the Reorganized Debtors' financial performance.

The Financial Projections for coal-producing entities were based on a "bottoms up" approach, whereby revenues were forecast by contract terms and operational expenses were based on historical expenses on a mine-by-mine basis. To the extent that the Debtors are unable to execute their production plan or contract terms are renegotiated, financial performance could be materially different than the financial performance shown in the Financial Projections.

The Financial Projections for the Longview Power Facility and related assets are based on a combination of third-party and market estimates and also the Debtors' internal analyses. To the extent that that actual power prices differ from those used herein, financial performance could differ materially.

The Financial Projections assume that the Debtors will emerge from chapter 11 on or about March 31, 2015 and that all conditions precedent to the Effective Date set forth in Article IX.B of the Plan will have occurred on or prior to that date. To the extent that the Confirmation Date or the Effective Date of the Plan does not occur on such a timetable, the Debtors' operations and financial performance could be affected.

The Financial Projections assume that the Debtors will complete major repairs to the Longview Power Facility by the end of the second quarter of 2015. Should the repair process be delayed or discontinued, or should such repair be ineffective, the Debtors' operations could be significantly impacted.

The foregoing assumptions and resulting computations were made solely for purposes of preparing the Financial Projections. Upon the Effective Date, the Reorganized Debtors will be required to determine the amount by which its reorganization value as of the Effective Date exceeds, or is less than, the fair value of its assets as of the Effective Date. Such determination will be based upon the fair values as of that time, which could be materially higher or lower than the values assumed in the Financial Projections, and may be based on a different methodology with respect to the determination of the Reorganized Debtors' value. In all events, such valuation, as well as the determination of fair value of the Reorganized Debtors' assets and its actual liabilities, will be made as of the Effective Date, and the differences between the amounts as assumed in the Financial Projections and the actual amounts thereof as of the Effective Date may be material.

**Financial Projections**

The Financial Projections set forth below have been prepared based on the assumption that the Effective Date is March 31, 2015, although there can be no assurance as to when the Effective Date will actually occur. The Debtors' Consolidated Financial Statements, including Balance Sheet, Income Statement, and Statement of Cash Flows for the Projection Period set forth on the following pages, present the Reorganized Debtors' projected consolidated position after giving effect to confirmation and the consummation of the transactions contemplated by the Plan, as of the end of each fiscal year in the Projection Period.

THE AUDITOR FOR THE DEBTORS HAS NOT EXAMINED, COMPILED, OR OTHERWISE PERFORMED ANY PROCEDURES ON THE PROSPECTIVE FINANCIAL INFORMATION AND, CONSEQUENTLY, DOES NOT EXPRESS AN OPINION OR ANY OTHER FORM OR ASSURANCE WITH RESPECT TO THE PROSPECTIVE FINANCIAL INFORMATION.

[FINANCIAL PROJECTIONS FOLLOW]

| UNAUDITED PROJECTED CONSOLIDATED BALANCE SHEET | | | | | | |
|---|---|---|---|---|---|---|
| ($'s in 000's) | Notes | 2015E | 2016E | 2017E | 2018E | 2019E |
| **Assets** | | | | | | |
| Unrestricted Cash | | 35,284 | 24,945 | 24,901 | 24,942 | 68,614 |
| Restricted Cash | Note A | 452 | 452 | 452 | 452 | 452 |
| Accounts Receivable | Note B | 12,983 | 13,602 | 16,074 | 13,818 | 16,256 |
| Inventory | Note B | 32,197 | 32,514 | 33,374 | 32,732 | 32,003 |
| Plant, Property & Equipment | | 1,366,203 | 1,340,735 | 1,308,736 | 1,260,243 | 1,205,986 |
| Other Assets | Note B | 54,719 | 52,602 | 50,421 | 48,174 | 45,861 |
| **Total Assets** | | **1,501,837** | **1,464,849** | **1,433,958** | **1,380,361** | **1,369,171** |
| **Liabilities** | | | | | | |
| Accounts Payable | Note B | 17,090 | 17,585 | 17,923 | 16,766 | 17,193 |
| Other Current | Note B | 6,655 | 6,394 | 6,488 | 6,587 | 6,690 |
| Long Term Debt | Note C | 210,000 | 166,000 | 124,000 | 54,000 | - |
| Capital Leases | | 4,814 | - | - | - | - |
| Other Liabilities | | 41,788 | 43,792 | 45,396 | 47,033 | 48,673 |
| **Total Liabilities** | | **280,346** | **233,771** | **193,807** | **124,386** | **72,556** |
| **Equity** | | | | | | |
| Contributions & Interests | | 1,235,594 | 1,235,594 | 1,235,594 | 1,235,594 | 1,235,594 |
| Income & Retained Earnings | | (14,103) | (4,515) | 4,556 | 20,381 | 61,020 |
| **Total Equity** | | **1,221,491** | **1,231,079** | **1,240,151** | **1,255,975** | **1,296,615** |
| **Total Liabilities and Equity** | | $ 1,501,837 | $ 1,464,849 | $ 1,433,958 | $ 1,380,361 | $ 1,369,171 |

| UNAUDITED PROJECTED CONSOLIDATED INCOME STATEMENT | | | | | | |
|---|---|---|---|---|---|---|
| ($'s in 000's) | Notes | 2015E | 2016E | 2017E | 2018E | 2019E |
| Revenues, net | Note D | $ 231,379 | $ 298,642 | $ 307,777 | $ 325,332 | $ 382,626 |
| Operating Expenses | Note E | 137,405 | 158,334 | 161,521 | 165,031 | 179,921 |
| **Gross Margin** | | 93,975 | 140,308 | 146,256 | 160,301 | 202,705 |
| *% Margin* | | 40.6% | 47.0% | 47.5% | 49.3% | 53.0% |
| SG&A | Note F | 25,319 | 27,510 | 27,983 | 27,061 | 27,639 |
| Other Expenses | Note F | 27,163 | 27,832 | 28,206 | 26,875 | 27,590 |
| **EBITDA** | | 41,493 | 84,966 | 90,067 | 106,365 | 147,477 |
| *% Margin* | | 17.9% | 28.5% | 29.3% | 32.7% | 38.5% |
| Depreciation & Amortization | | 58,164 | 60,223 | 64,839 | 69,577 | 72,528 |
| Asset Retirement Expense | | 2,060 | 2,185 | 2,251 | 2,319 | 2,388 |
| **Operating Income** | | (18,731) | 22,558 | 22,977 | 34,469 | 72,561 |
| *% Margin* | | -8.1% | 7.6% | 7.5% | 10.6% | 19.0% |
| Restructuring Charges | Note G | 32,000 | - | - | - | - |
| Interest Expense, net | | 13,760 | 12,971 | 10,925 | 8,094 | 4,829 |
| **Pretax Income** | | (64,491) | 9,588 | 12,052 | 26,375 | 67,732 |
| *% Margin* | | -27.9% | 3.2% | 3.9% | 8.1% | 17.7% |
| Income Tax Expense | Note H | - | - | 2,980 | 10,550 | 27,093 |
| **Net Income from Continuing Operations** | | $ (64,491) | $ 9,588 | $ 9,072 | $ 15,825 | $ 40,639 |

| UNAUDITED PROJECTED CONSOLIDATED STATEMENT OF CASH FLOWS | | | | | | |
|---|---|---|---|---|---|---|
| ($'s in 000's) | Notes | 2015E | 2016E | 2017E | 2018E | 2019E |
| **Net Income (Loss) from Continuing Operations** | | $ (64,491) | $ 9,588 | $ 9,072 | $ 15,825 | $ 40,639 |
| Depreciation & Amortization | | 60,224 | 62,408 | 67,090 | 71,896 | 74,916 |
| Change in Working Capital | Note B | (11,685) | (209) | (2,808) | 1,964 | (1,051) |
| Other Non-Cash Items, net | Note I | 3,936 | 4,326 | 4,456 | 4,590 | 4,727 |
| **Cash from Operating Activities** | | 52,476 | 66,525 | 68,738 | 78,450 | 78,592 |
| Property, Plant & Equipment | Note J | (102,400) | (36,940) | (35,091) | (23,404) | (20,659) |
| Asset Retirement Settlements | | (572) | (697) | (763) | (830) | (900) |
| **Cash from Investing Activities** | | (102,972) | (37,638) | (35,854) | (24,234) | (21,559) |
| Long Term Debt | | 137,000 | (44,000) | (42,000) | (70,000) | (54,000) |
| Capital Leases | | (9,197) | (4,814) | - | - | - |
| Repayment of Dunkard Creek Facilities | Note G | (28,233) | - | - | - | - |
| Other | | - | - | - | - | - |
| **Cash from Financing Activities** | | 99,570 | (48,814) | (42,000) | (70,000) | (54,000) |
| **Cash and Equivalents, Beginning** | | 50,700 | 35,284 | 24,945 | 24,901 | 24,942 |
| **Cash and Equivalents, Ending** | | $ 35,284 | $ 24,945 | $ 24,901 | $ 24,942 | $ 68,614 |

| UNAUDITED PROJECTED FREE CASH FLOW FORECASTS | | | | | | |
|---|---|---|---|---|---|---|
| ($'s in 000's) | Notes | 2015E | 2016E | 2017E | 2018E | 2019E |
| **MEPCO** | | | | | | |
| **Total Revenues** | | $ 175,155 | $ 191,333 | $ 192,903 | $ 178,452 | $ 188,269 |
| *% Growth* | | *N/A* | *9.2%* | *0.8%* | *-7.5%* | *5.5%* |
| Production Costs | | 108,078 | 113,644 | 116,126 | 104,420 | 106,577 |
| Purchased Coal Costs | | 0 | 0 | 0 | 12,978 | 23,394 |
| Change in Inventory | | (10,236) | (317) | (860) | 642 | 729 |
| **Total Operating Cost** | | 97,842 | 113,327 | 115,266 | 118,040 | 130,700 |
| *% Growth* | | *N/A* | *15.8%* | *1.7%* | *2.4%* | *10.7%* |
| **EBITDA** | Note K | **37,547** | **35,860** | **35,004** | **20,402** | **16,649** |
| *% Margin* | | *21.4%* | *18.7%* | *18.1%* | *11.4%* | *8.8%* |
| Less: Capital Expenditures & Capital Leases | | 47,933 | 33,074 | 31,480 | 18,256 | 14,462 |
| Less: ARO Settlements | | 572 | 697 | 763 | 830 | 900 |
| Less: Change in Working Capital/Other | | 5,236 | (265) | 418 | 443 | (1,162) |
| **Pretax Unlevered Free Cash Flow** | Note L | $ (16,194) | $ 2,353 | $ 2,343 | $ 873 | $ 2,449 |
| **LONGVIEW** | | | | | | |
| **Total Revenues** | | $ 144,318 | $ 231,437 | $ 247,278 | $ 265,989 | $ 322,114 |
| *% Growth* | | *N/A* | *60.4%* | *6.8%* | *7.6%* | *21.1%* |
| Fuel Expense | | 88,193 | 121,259 | 129,970 | 116,550 | 124,474 |
| Other Operating Expenses | | 39,464 | 47,876 | 48,689 | 49,550 | 52,504 |
| **Total Operating Costs** | | 127,657 | 169,135 | 178,659 | 166,100 | 176,978 |
| *% Growth* | | *N/A* | *32.5%* | *5.6%* | *-7.0%* | *6.5%* |
| **EBITDA** | | **3,945** | **49,107** | **55,063** | **85,963** | **130,828** |
| *% Margin* | | *2.7%* | *21.2%* | *22.3%* | *32.3%* | *40.6%* |
| Less: Capital Expenditures | | 63,663 | 8,680 | 3,611 | 5,148 | 6,198 |
| Less: Change in Working Capital/Other | | 6,449 | 474 | 2,389 | (2,408) | 2,213 |
| **Pretax Unlevered Free Cash Flow** | Note L | $ (66,167) | $ 39,953 | $ 49,063 | $ 83,222 | $ 122,417 |
| Capacity Factor | | 55.0% | 91.7% | 90.5% | 86.0% | 91.6% |
| LV Realized Price | | $ 35.55 | $ 37.51 | $ 40.24 | $ 42.99 | $ 48.38 |
| PJM-W RTC Price | | $ 36.03 | $ 38.59 | $ 40.91 | $ 43.31 | $ 48.61 |
| Capacity Price ($/MW-Day) | | $ 131.83 | $ 91.30 | $ 94.74 | $ 156.48 | $ 202.44 |
| NYMEX Natural Gas Price Forecast | | $ 3.46 | $ 3.85 | $ 4.39 | $ 4.95 | $ 5.80 |

**NOTES TO FINANCIAL PROJECTIONS**

*General Assumptions*

1. <u>Methodology</u>:  The Debtors recently updated their 5-year business plan, covering fiscal 2015 through 2019. The business plan was developed on an operational rather than legal entity basis.

2. <u>Effective Date</u>:  The Financial Projections are further based on the assumption that the Debtors will emerge from chapter 11 on or about March 31, 2015, the assumed Effective Date of the Plan.  If the Effective Date is significantly delayed, additional expenses, including professional fees, may be incurred and operating results may be negatively impacted.  In addition, the Reorganized Debtors believe that their businesses could be adversely impacted as a result of being in a prolonged chapter 11 process.

3. <u>Macroeconomic & Industry Environment</u>:  The Financial Projections take into account the current economic and regulatory environment and current view of power prices, which remain depressed due to low natural gas prices, among other things.  The Debtors' Financial Projections assume a recovery in power prices beginning in 2016.

4. <u>Operations</u>:  The Financial Projections incorporate the Reorganized Debtors' anticipated revenue and costs based on historical trends and forward price curves.  In addition, the Financial Projections assume that the Mepco Debtors will produce approximately 3.2 million "clean" tons of coal per year, approximately 70% of which will be sold to the Longview Debtors, with the balance sold to a third party at negotiated prices.  The Financial Projections further assume that the Reorganized Debtors will be able to retain and attract the employees required to execute its business plan.  The Debtors continually review their operations, the economic environment, and the markets in which they compete to evaluate the potential future profitability of each of their product lines.  The Reorganized Debtors' actual operations, as well as the financial results from operations, could vary significantly from the assumptions used to generate the Financial Projections as a result of, among other things, changes to the Reorganized Debtors' future operations.

The Financial Projections assume that the Longview Power Facility will successfully complete significant repairs. The repair process began in November 2013 and is expected to conclude in the second quarter of 2015.  The total remaining costs of these repairs to the Reorganized Debtors during fiscal year 2015 is estimated to be $54 million, including certain costs during a related fall 2015 outage.  These repairs will require the Longview Power Facility to go offline for approximately 90 days in the first half of 2015.  After completion of the repairs, the Debtors expect the Longview Power Facility to operate at a capacity factor of approximately 90% (as opposed to approximately 60% in for calendar year 2014).

5. <u>Other Assumptions</u>:  The Financial Projections also assume that: (a) there will be no material change in legislation or regulations, or the administration thereof, that will have an unexpected effect on the operations of the Reorganized Debtors; (b) there will be no change in GAAP in the United States that will have a material effect on the Reorganized Debtors' reported financial results; and (c) the application of fresh-start reporting will not materially change the Reorganized Debtors' accounting procedures.

Note A - Cash

Unrestricted Cash consists of cash on deposit in banks and cash equivalents. Cash equivalents are investments with original maturities of less than 90 days. It is anticipated that the Company will need a minimum of $30 million of cash to operate effectively in the ordinary course of business. Restricted Cash is comprised of cash escrowed to secure obligations arising under various letters of credit and bonds on behalf of the Reorganized Debtors.

Note B - Working Capital Accounts

The Financial Projections assume the Reorganized Debtors' working capital accounts, including accounts receivable, inventories, prepaid expenses, accounts payable, and accrued expenses continue to perform according to the historical relationships with respect to revenue and expense activity. Accounts receivable and accounts payable balances are projected based on days outstanding calculations and forecasted to be generally in-line with historical ratios. All working capital balances fluctuate significantly within years depending on seasonality.

Note C – Long Term Debt

Long Term Debt is comprised of both term and revolving loans extended under the Debtors' Exit Facility ("Exit Term Loans" and "Exit Revolver," respectively). The Debtors have assumed that the amount of the Exit Term Loan will be approximately $210 million. The Debtors' Exit Revolver is expected to be undrawn throughout the projection period, other than for the funding of certain letters of credit. The Financial Projections assume the Debtors' DIP Facility is assumed to be fully-drawn by and repaid on the Emergence Date. The Financial Projections assume that the Debtors sweep excess cash to repay outstanding Exit Term Loans.

Note D – Revenues, Net

The Financial Projections are based on Management's view of the Longview Power Facility's capacity factor and generation as well as Management's view of current coal contracts. Additionally, external forward looking price curves are used to estimate PJM-W Round the Clock power prices. Annual revenue increases from FY 2015 of $231 million to $383 million by FY 2019.

Note E - Operating Expenses

Management has undertaken a comprehensive operating expense review and intends to continually monitor these expenses throughout the Debtors' chapter 11 process and post-emergence. Operating expenses in FY 2015 are expected to be $137 million and increase to $180 million by FY 2019. Gross margin is expected to improve from 40.6% of revenue in FY 2015 to 53.0% of revenue in FY 2019.

Note F – SG&A and Other Expenses

SG&A and Other Expenses are based on historical trends and adjusted based on Management's view of future operations. These amounts are assumed to increase beginning in 2016 at a rate of inflation of approximately 3%. EBITDA Margin is expected to improve from 17.9% of revenue in FY 2015 to 38.5% of revenue in FY 2019.

Note G – Restructuring Charges

Restructuring Charges in FY 2015 include an estimated $32 million of expenses relating to professional, arbitration, and exit financing fees. Restructuring Charges also include payments of interest with respect to the Dunkard Creek Facilities in the total amount of approximately $0.5 million during FY 2015.[2] Additionally, Restructuring Charges

---

[2] In addition, the Debtors will make approximately $28 million of principal payments during FY 2015, which will pay down the balance of the Dunkard Creek Facility in its entirety.

include payments made on account of the Debtors' Bankruptcy Court-approved key employee incentive plan, and the Bankruptcy Court-approved key employee retention plan. The Restructuring Charges amounts are Management's current view and may differ materially if, among other things, the Effective Date is significantly delayed.

Note H – Income Tax Expense

The Financial Projections assume income taxes of 40% of Pretax Income. The Income Tax Expense in FY 2016 and FY 2017 is shielded by the tax attributes that are generated in FY 2015.

Note I – Other Non-Cash Items, net

Other Non-Cash Items, net represents the accretion of liabilities associated with the asset retirement obligations ("ARO").

Note J – Property, Longview Power Facility, & Equipment

The Company's current Capital Expenditure plan includes major repair expenses of approximately $54 million in FY 2015 for the Longview Power Facility. If the Debtors' actual Capital Expenditures materially differ from Management's assumptions, it could adversely affect the Financial Projections.

Note K – Mepco EBITDA

FY 2018 and 2019 declines in Mepco EBITDA are primarily driven by reductions to capital expenditures. Capital expenditures are included in Mepco's fully loaded costs. Because Longview purchases coal from Mepco at the fully loaded cost, the financial effect of the capex reduction is reflected as an EBITDA decline at Mepco.

Note L – Pretax Unlevered Free Cash Flow

Pretax Unlevered Free Cash Flow does not include (a) restructuring charges, (b) debt payments, draws, or interest, (c) tax items, (d) changes to other non-current liabilities, or (e) changes to equity.

*   *   *   *   *