**EXHIBIT B**

**Updated Liquidation Analysis**

**Secured Claim Recovery Summary**

The following chart indicates the total recovery on secured claims across all Debtor entities. The Debtor-in-Possession Financing and Longview Credit Facility claims are secured by the assets of all entities. Other Secured Claims are assumed to be unique to each debtor. The Debtor-in-Possession Financing and Longview Credit Facility claims have been assigned to entities based upon anticipated assets available for distribution for those claims. To the extent one entity could not meet is portion of the debt payable on these obligations, other entities would be required to contribute available assets to satisfy this debt before paying down lower priority claims.

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Portion of Claim Assigned to Debtor | Est. Proceeds to Satisfy Claim | Recovery Percentage | Portion of Claim Assigned to Debtor | Est. Proceeds to Satisfy Claim | Recovery Percentage |
| *Carve-Out Payments* | | | | | | |
| Longview Power, LLC | $ 2,372 | $ 2,372 | 100.0% | $ 2,391 | $ 2,391 | 100.0% |
| Longview Intermediate Holdings C, LLC | - | - | 0.0% | - | - | 0.0% |
| Mepco, LLC | 266 | 266 | 100.0% | 247 | 247 | 100.0% |
| Coresco, LLC | 1 | 1 | 100.0% | 1 | 1 | 100.0% |
| Dana Mining Company of Pennsylvania, LLC | 0 | 0 | 100.0% | 0 | 0 | 100.0% |
| Dana Mining Company, LLC | 1 | 1 | 100.0% | 1 | 1 | 100.0% |
| Border Energy, LLC | 1 | 1 | 100.0% | 1 | 1 | 100.0% |
| Shannopin Materials LLC | 0 | 0 | 100.0% | 0 | 0 | 100.0% |
| Alternate Energy, LLC | 3 | 3 | 100.0% | 2 | 2 | 100.0% |
| Mepco Intermediate Holdings, LLC | 0 | 0 | 100.0% | 0 | 0 | 100.0% |
| Mepco Conveyor, LLC | 0 | 0 | 100.0% | 0 | 0 | 100.0% |
| Mepco Holdings, LLC | 0 | 0 | 100.0% | 0 | 0 | 100.0% |
| Mepco Intermediate Holdings A, LLC | - | - | 0.0% | - | - | 0.0% |
| Total Claim | $ 2,645 | $ 2,645 | 100.0% | $ 2,645 | $ 2,645 | 100.0% |
| *Debtor in Possession Financing* | | | | | | |
| Longview Power, LLC | $ 123,823 | $ 123,823 | 100.0% | $ 124,847 | $ 124,847 | 100.0% |
| Longview Intermediate Holdings C, LLC | - | - | 0.0% | - | - | 0.0% |
| Mepco, LLC | 13,862 | 13,862 | 100.0% | 12,921 | 12,921 | 100.0% |
| Coresco, LLC | 53 | 53 | 100.0% | 44 | 44 | 100.0% |
| Dana Mining Company of Pennsylvania, LLC | 25 | 25 | 100.0% | 20 | 20 | 100.0% |
| Dana Mining Company, LLC | 74 | 74 | 100.0% | 59 | 59 | 100.0% |
| Border Energy, LLC | 78 | 78 | 100.0% | 63 | 63 | 100.0% |
| Shannopin Materials LLC | 22 | 22 | 100.0% | 18 | 18 | 100.0% |
| Alternate Energy, LLC | 147 | 147 | 100.0% | 118 | 118 | 100.0% |
| Mepco Intermediate Holdings, LLC | 7 | 7 | 100.0% | 6 | 6 | 100.0% |
| Mepco Conveyor, LLC | 10 | 10 | 100.0% | 8 | 8 | 100.0% |
| Mepco Holdings, LLC | 2 | 2 | 100.0% | 2 | 2 | 100.0% |
| Mepco Intermediate Holdings A, LLC | - | - | 0.0% | - | - | 0.0% |
| Total Claim | $ 138,105 | $ 138,105 | 100.0% | $ 138,105 | $ 138,105 | 100.0% |
| *Other Secured Claims* | | | | | | |
| Longview Power, LLC | $ - | $ - | 0.0% | $ - | $ - | 0.0% |
| Longview Intermediate Holdings C, LLC | - | - | 0.0% | - | - | 0.0% |
| Mepco, LLC | 55 | 55 | 100.0% | 55 | 55 | 100.0% |
| Coresco, LLC | - | - | 0.0% | - | - | 0.0% |
| Dana Mining Company of Pennsylvania, LLC | - | - | 0.0% | - | - | 0.0% |
| Dana Mining Company, LLC | - | - | 0.0% | - | - | 0.0% |
| Border Energy, LLC | - | - | 0.0% | - | - | 0.0% |
| Shannopin Materials LLC | - | - | 0.0% | - | - | 0.0% |
| Alternate Energy, LLC | - | - | 0.0% | - | - | 0.0% |
| Mepco Intermediate Holdings, LLC | - | - | 0.0% | - | - | 0.0% |
| Mepco Conveyor, LLC | - | - | 0.0% | - | - | 0.0% |
| Mepco Holdings, LLC | - | - | 0.0% | - | - | 0.0% |
| Mepco Intermediate Holdings A, LLC | - | - | 0.0% | - | - | 0.0% |
| Total Claim | $ 55 | $ 55 | 100.0% | $ 55 | $ 55 | 100.0% |
| *Longview Credit Facility Claims* | | | | | | |
| Longview Power, LLC | $ 914,196 | $ 372,488 | 40.7% | $ 921,726 | $ 503,579 | 54.6% |
| Longview Intermediate Holdings C, LLC | - | - | 0.0% | - | - | 0.0% |
| Mepco, LLC | 102,206 | 41,644 | 40.7% | 95,289 | 52,061 | 54.6% |
| Coresco, LLC | 394 | 160 | 40.7% | 323 | 176 | 54.6% |
| Dana Mining Company of Pennsylvania, LLC | 186 | 76 | 40.7% | 149 | 81 | 54.6% |
| Dana Mining Company, LLC | 548 | 223 | 40.7% | 438 | 239 | 54.6% |
| Border Energy, LLC | 578 | 235 | 40.7% | 462 | 252 | 54.6% |
| Shannopin Materials LLC | 163 | 66 | 40.7% | 130 | 71 | 54.6% |
| Alternate Energy, LLC | 1,087 | 443 | 40.7% | 870 | 475 | 54.6% |
| Mepco Intermediate Holdings, LLC | 55 | 22 | 40.7% | 44 | 24 | 54.6% |
| Mepco Conveyor, LLC | 77 | 31 | 40.7% | 61 | 34 | 54.6% |
| Mepco Holdings, LLC | 17 | 7 | 40.7% | 14 | 8 | 54.6% |
| Mepco Intermediate Holdings A, LLC | - | - | 0.0% | - | - | 0.0% |
| | $ 1,019,506 | $ 415,396 | 40.7% | $ 1,019,506 | $ 557,001 | 54.6% |

**Liquidation Analysis**
**Longview Power, LLC**

($ in 000's)

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| Assets | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $ 14,538 | $ 14,538 | 100.0% | $ 14,538 | $ 14,538 | 100.0% |
| Accounts Receivable - Trade | 2,655 | 2,256 | 85.0% | 2,655 | 2,655 | 100.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | 1,372 | - | 0.0% | 1,372 | | |
| Post-Petition | 96,725 | - | | 96,725 | | |
| Coal & Limestone Inventory | 4,166 | - | 0.0% | 4,166 | - | 0.0% |
| Restricted Deposits | 27,167 | 16,203 | 59.6% | 27,167 | 16,203 | 59.6% |
| Deposits, Prepaid Expenses, & Other Assets | 773 | 520 | 67.3% | 773 | 520 | 67.3% |
| Parts and Supplies | 9,182 | - | 0.0% | 9,182 | - | 0.0% |
| | | | | | | |
| Land, Improvements, and Buildings | 67,628 | - | 0.0% | 67,628 | - | 0.0% |
| Mine Development and CIP | 23,428 | - | 0.0% | 23,428 | - | 0.0% |
| Machinery & Equipment, Owned | 1,558,433 | - | 0.0% | 1,558,433 | - | 0.0% |
| Machinery & Equipment, Leased | 550 | - | 0.0% | 550 | - | 0.0% |
| Intangible Assets | 6,507 | - | 0.0% | 6,507 | - | 0.0% |
| | | | | | | |
| Asset Sale Proceeds | n/a | 506,908 | | n/a | 642,299 | |
| | | | | | | |
| Gross Recovery on Assets | | $ 540,425 | | | $ 676,215 | |
| | | | | | | |
| Investment Banking Costs for Sale of Plant | | (6,613) | | | (6,645) | |
| Legal Costs for Sale of Plant | | (2,500) | | | (2,000) | |
| Interest Costs During Sale Process | | (7,129) | | | (7,129) | |
| Operational Administrative Costs | | (7,327) | | | (7,327) | |
| | | | | | | |
| All Debtors Shared Services Allocation | | (2,728) | | | (2,764) | |
| | | | | | | |
| Net Proceeds Available for Distribution | | $ 514,129 | | | $ 650,351 | |
| Trustee Fees | | (15,447) | | | (19,534) | |
| Net Proceeds Available to Claimants | | $ 498,682 | | | $ 630,817 | |

Recoveries

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ 2,372 | $ 2,372 | 100.0% | $ 2,391 | $ 2,391 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $ 496,310 | | | $ 628,426 | |
| Debtor's Portion of Debtor-in-Possession Financing | 123,823 | 123,823 | 100.0% | 124,847 | 124,847 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $ 372,488 | | | $ 503,579 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $ 372,488 | | | $ 503,579 | |
| Debtor's Portion of Longview Credit Facility Claims | 914,196 | 372,488 | 40.7% | 921,726 | 503,579 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $ - | | | $ - | |
| Administrative Claims | 20,748 | - | 0.0% | 20,748 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | - | | | - | |
| Unsecured Claims - Third Party | 862 | - | 0.0% | 862 | - | 0.0% |
| Unsecured Claims - Intercompany | 13,857 | - | 0.0% | 13,857 | - | 0.0% |

**Liquidation Analysis**
**Longview Intermediate Holdings C, LLC**

($ in 000's)

| Assets | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $ - | $ - | 0.0% | $ - | $ - | 0.0% |
| Accounts Receivable - Trade | - | - | 0.0% | - | - | 0.0% |
| Coal & Limestone Inventory | - | - | 0.0% | - | - | 0.0% |
| Letters of Credit | - | - | 0.0% | - | - | 0.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Intangible Assets | - | - | 0.0% | - | - | 0.0% |
| Asset Sale Proceeds | n/a | - | 0.0% | n/a | - | 0.0% |
| Gross Recovery on Assets | | $ - | | | $ - | |
| Investment Banking Costs for Sale of Plant | | - | | | - | |
| Legal Costs for Sale of Plant | | - | | | - | |
| Interest Costs During Sale Process | | - | | | - | |
| Operational Administrative Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | - | | | - | |
| Net Proceeds Available for Distribution | | $ - | | | $ - | |
| Trustee Fees | | - | | | - | |
| Net Proceeds Available to Claimants | | $ - | | | $ - | |

| Recoveries | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ - | $ - | 0.0% | $ - | $ - | 0.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $ - | | | $ - | |
| Debtor's Portion of Debtor-in-Possession Financing | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $ - | | | $ - | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $ - | | | $ - | |
| Debtor's Portion of Longview Credit Facility Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $ - | | | $ - | |
| Administrative Claims | 4,500 | - | 0.0% | 4,500 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | - | | | - | |
| Unsecured Claims - Third Party | - | - | 0.0% | - | - | 0.0% |
| Unsecured Claims - Intercompany | - | - | 0.0% | - | - | 0.0% |

**Liquidation Analysis**
**Mepco, LLC**

($ in 000's)

| Assets | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $ 29,625 | $ 29,534 | 99.7% | $ 29,625 | $ 29,534 | 99.7% |
| Accounts Receivable - Trade | 2,426 | 2,305 | 95.0% | 2,426 | 2,426 | 100.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | 87,699 | - | 0.0% | 87,699 | - | 0.0% |
| Post-Petition | 86,803 | - | 0.0% | 86,803 | - | 0.0% |
| Coal Inventory | 11,205 | 10,608 | 94.7% | 11,205 | 11,787 | 105.2% |
| Parts and Supplies | 1,314 | 66 | 5.0% | 1,314 | 197 | 15.0% |
| Deposits, Prepaid Expenses, & Other Assets | 2,024 | - | 0.0% | 2,024 | - | 0.0% |
| Land, Improvements, and Buildings | 8,071 | 5,147 | 63.8% | 8,071 | 5,939 | 73.6% |
| Mine Development and CIP | 4,081 | 125 | 3.1% | 4,081 | 180 | 4.4% |
| Mineral Reserves | 45,421 | - | 0.0% | 45,421 | - | 0.0% |
| Machinery & Equipment, Owned | 89,013 | 22,095 | 24.8% | 89,013 | 27,778 | 31.2% |
| Machinery & Equipment, Leased | 15,766 | - | 0.0% | 15,766 | - | 0.0% |
| Gross Recovery on Assets | | $ 69,880 | | | $ 77,841 | |
| Auction Costs | | (4,457) | | | (2,816) | |
| Real Estate Agency Costs | | (309) | | | (178) | |
| Coal Conversion Costs | | (1,688) | | | (1,701) | |
| Equipment Recovery Costs | | (3,602) | | | (3,602) | |
| All Debtors Shared Services Allocation | | (353) | | | (318) | |
| Allocation of Mepco Shared Administrative Costs | | (1,894) | | | (1,899) | |
| Net Proceeds Available for Distribution | | $ 57,577 | | | $ 67,327 | |
| Trustee Fees | | (1,751) | | | (2,043) | |
| Net Proceeds Available to Claimants | | $ 55,826 | | | $ 65,284 | |

| Recoveries | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ 265.52 | $ 266 | 100.0% | $ 247 | $ 247 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $ 55,561 | | | $ 65,037 | |
| Debtor's Portion of Debtor-in-Possession Financing | 13,862 | 13,862 | 100.0% | 12,921 | 12,921 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $ 41,699 | | | $ 52,116 | |
| Other Secured Claims | 55 | 55 | 100.0% | 55 | 55 | 100.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $ 41,644 | | | $ 52,061 | |
| Debtor's Portion of Longview Credit Facility Claims | 102,206 | 41,644 | 40.7% | 95,289 | 52,061 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $ - | | | $ - | |
| Administrative Claims | 43,132 | - | 0.0% | 43,132 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $ - | | | $ - | |
| Unsecured Claims - Third Party | 629 | - | 0.0% | 629 | - | 0.0% |
| Unsecured Claims - Intercompany | 118,913 | - | 0.0% | 118,913 | - | 0.0% |

**Liquidation Analysis**
**Coresco, LLC**

($ in 000's)

**Assets**

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $ 131 | $ 131 | 100.0% | $ 131 | $ 131 | 100.0% |
| Accounts Receivable - Trade | 112 | 107 | 95.0% | 112 | 112 | 100.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | 1,586 | - | 0.0% | 1,586 | - | 0.0% |
| Post-Petition | - | - | 0.0% | - | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 5.0% | - | - | 15.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Gross Recovery on Assets | | $ 237 | | | $ 243 | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | (1) | | | (1) | |
| Allocation of Mepco Shared Administrative Costs | | (6) | | | (6) | |
| Net Proceeds Available for Distribution | | $ 229 | | | $ 236 | |
| Trustee Fees | | (15) | | | (15) | |
| Net Proceeds Available to Claimants | | $ 215 | | | $ 221 | |

**Recoveries**

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ 1 | $ 1 | 100.0% | $ 1 | $ 1 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $ 214 | | | $ 220 | |
| Debtor's Portion of Debtor-in-Possession Financing | 53 | 53 | 100.0% | 44 | 44 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $ 160 | | | $ 176 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $ 160 | | | $ 176 | |
| Debtor's Portion of Longview Credit Facility Claims | 394 | 160 | 40.7% | 323 | 176 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $ - | | | $ - | |
| Administrative Claims | 14,573 | - | 0.0% | 14,573 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $ - | | | $ - | |
| Unsecured Claims - Third Party | 206 | - | 0.0% | 206 | - | 0.0% |
| Unsecured Claims - Intercompany | 29,338 | - | 0.0% | 29,338 | - | 0.0% |

**Liquidation Analysis**
**Dana Mining Company of Pennsylvania, LLC**

($ in 000's)

| Assets | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $ 114 | $ 114 | 100.0% | $ 114 | $ 114 | 100.0% |
| Accounts Receivable - Trade | - | - | 95.0% | - | - | 100.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | 45,496 | - | 0.0% | 45,496 | - | 0.0% |
| Post-Petition | 25,160 | - | 0.0% | 25,160 | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 5.0% | - | - | 15.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Gross Recovery on Assets | | $ 114 | | | $ 114 | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | (1) | | | (0) | |
| Allocation of Mepco Shared Administrative Costs | | (3) | | | (3) | |
| Net Proceeds Available for Distribution | | $ 110 | | | $ 111 | |
| Trustee Fees | | (9) | | | (9) | |
| Net Proceeds Available to Claimants | | $ 101 | | | $ 102 | |

Recoveries

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ 0 | $ 0 | 100.0% | $ 0 | $ 0 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $ 101 | | | $ 101 | |
| Debtor's Portion of Debtor-in-Possession Financing | 25 | 25 | 100.0% | 20 | 20 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $ 76 | | | $ 81 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $ 76 | | | $ 81 | |
| Debtor's Portion of Longview Credit Facility Claims | 186 | 76 | 40.7% | 149 | 81 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $ - | | | $ - | |
| Administrative Claims | 24,402 | - | 0.0% | 24,402 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $ - | | | $ - | |
| Unsecured Claims - Third Party | 505 | - | 0.0% | 505 | - | 0.0% |
| Unsecured Claims - Intercompany | 29,532 | - | 0.0% | 29,532 | - | 0.0% |

**Liquidation Analysis**
**Dana Mining Company, LLC**

($ in 000's)

| Assets | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $ 328 | $ 328 | 100.0% | $ 328 | $ 328 | 100.0% |
| Accounts Receivable - Trade | - | - | 95.0% | - | - | 100.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | 49,150 | - | 0.0% | 49,150 | - | 0.0% |
| Post-Petition | 23,577 | - | 0.0% | 23,577 | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 5.0% | - | - | 15.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Gross Recovery on Assets | | $ 328 | | | $ 328 | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | (2) | | | (1) | |
| Allocation of Mepco Shared Administrative Costs | | (9) | | | (8) | |
| Net Proceeds Available for Distribution | | $ 318 | | | $ 319 | |
| Trustee Fees | | (19) | | | (19) | |
| Net Proceeds Available to Claimants | | $ 299 | | | $ 300 | |

| Recoveries | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ 1 | $ 1 | 100.0% | $ 1 | $ 1 | 100.0% |
| Proceeds Remaining after Carve-Out Recoveries | | $ 297 | | | $ 299 | |
| Debtor's Portion of Debtor-in-Possession Financing | 74 | 74 | 100.0% | 59 | 59 | 100.0% |
| Proceeds Remaining after Debtor-in-Possession Financing Recovery | | $ 223 | | | $ 239 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| Proceeds Remaining after Other Secured Claims Recovery | | $ 223 | | | $ 239 | |
| Debtor's Portion of Longview Credit Facility Claims | 548 | 223 | 40.7% | 438 | 239 | 54.6% |
| Proceeds Remaining after Longview Credit Facility Recovery | | $ - | | | $ - | |
| Administrative Claims | 24,352 | - | 0.0% | 24,352 | - | 0.0% |
| Proceeds Remaining after Administrative Claims Recovery | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| Proceeds Remaining after Other Priority Claims Recovery | | $ - | | | $ - | |
| Unsecured Claims - Third Party | 315 | - | 0.0% | 315 | - | 0.0% |
| Unsecured Claims - Intercompany | 28,979 | - | 0.0% | 28,979 | - | 0.0% |

**Liquidation Analysis**
**Border Energy, LLC**

($ in 000's)

| Assets | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $  346 | $  346 | 100.0% | $  346 | $  346 | 100.0% |
| Accounts Receivable - Trade | - | - | 0.0% | - | - | 0.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | 3,529 | - | 0.0% | 3,529 | - | 0.0% |
| Post-Petition | 1,890 | - | 0.0% | 1,890 | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 0.0% | - | - | 0.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Gross Recovery on Assets | | $  346 | | | $  346 | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | (2) | | | (1) | |
| Allocation of Mepco Shared Administrative Costs | | (9) | | | (8) | |
| Net Proceeds Available for Distribution | | $  335 | | | $  336 | |
| Trustee Fees | | (20) | | | (20) | |
| Net Proceeds Available to Claimants | | $  315 | | | $  316 | |

Recoveries

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $  1 | $  1 | 100.0% | $  1 | $  1 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $  314 | | | $  315 | |
| Debtor's Portion of Debtor-in-Possession Financing | 78 | 78 | 100.0% | 63 | 63 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $  235 | | | $  252 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $  235 | | | $  252 | |
| Debtor's Portion of Longview Credit Facility Claims | 578 | 235 | 40.7% | 462 | 252 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $  - | | | $  - | |
| Administrative Claims | 611 | - | 0.0% | 611 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $  - | | | $  - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $  - | | | $  - | |
| Unsecured Claims - Third Party | 73 | - | 0.0% | 73 | - | 0.0% |
| Unsecured Claims - Intercompany | 6,428 | - | 0.0% | 6,428 | - | 0.0% |

**Liquidation Analysis**
**Shannopin Materials LLC**

($ in 000's)

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| Assets | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $        100 | $        100 | 100.0% | $        100 | $        100 | 100.0% |
| Accounts Receivable - Trade | - | - | 0.0% | - | - | 0.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | - | - | 0.0% | - | - | 0.0% |
| Post-Petition | 745 | - | 0.0% | 745 | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 0.0% | - | - | 0.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Gross Recovery on Assets | | $        100 | | | $        100 | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | (1) | | | (0) | |
| Allocation of Mepco Shared Administrative Costs | | (3) | | | (2) | |
| Net Proceeds Available for Distribution | | $         97 | | | $         97 | |
| Trustee Fees | | (8) | | | (8) | |
| Net Proceeds Available to Claimants | | $         89 | | | $         89 | |

Recoveries

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $          0 | $          0 | 100.0% | $          0 | $          0 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $         88 | | | $         89 | |
| Debtor's Portion of Debtor-in-Possession Financing | 22 | 22 | 100.0% | 18 | 18 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $         66 | | | $         71 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $         66 | | | $         71 | |
| Debtor's Portion of Longview Credit Facility Claims | 163 | 66 | 40.7% | 130 | 71 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $          - | | | $          - | |
| Administrative Claims | 458 | - | 0.0% | 458 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $          - | | | $          - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $          - | | | $          - | |
| Unsecured Claims - Third Party | 2 | - | 0.0% | 2 | - | 0.0% |
| Unsecured Claims - Intercompany | 2,705 | - | 0.0% | 2,705 | - | 0.0% |

**Liquidation Analysis**
**Alternate Energy, LLC**

($ in 000's)

| Assets | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $ 649 | $ 649 | 100.0% | $ 649 | $ 649 | 100.0% |
| Accounts Receivable - Trade | - | - | 0.0% | - | - | 0.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | 15,130 | - | 0.0% | 15,130 | - | 0.0% |
| Post-Petition | 1,434 | - | 0.0% | 1,434 | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 0.0% | - | - | 0.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Gross Recovery on Assets | | $ 649 | | | $ 649 | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | (3) | | | (3) | |
| Allocation of Mepco Shared Administrative Costs | | (18) | | | (16) | |
| Net Proceeds Available for Distribution | | $ 628 | | | $ 630 | |
| Trustee Fees | | (35) | | | (35) | |
| Net Proceeds Available to Claimants | | $ 593 | | | $ 595 | |

**Recoveries**

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ 3 | $ 3 | 100.0% | $ 2 | $ 2 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $ 590 | | | $ 593 | |
| Debtor's Portion of Debtor-in-Possession Financing | 147 | 147 | 100.0% | 118 | 118 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $ 443 | | | $ 475 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $ 443 | | | $ 475 | |
| Debtor's Portion of Longview Credit Facility Claims | 1,087 | 443 | 40.7% | 870 | 475 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $ - | | | $ - | |
| Administrative Claims | 2,170 | - | 0.0% | 2,170 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $ - | | | $ - | |
| Unsecured Claims - Third Party | 210 | - | 0.0% | 210 | - | 0.0% |
| Unsecured Claims - Intercompany | 7,560 | - | 0.0% | 7,560 | - | 0.0% |

**Liquidation Analysis**
**Mepco Intermediate Holdings, LLC**

($ in 000's)

| Assets | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $ 35 | $ 35 | 100.0% | $ 35 | $ 35 | 100.0% |
| Accounts Receivable - Trade | - | - | 0.0% | - | - | 0.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | 77,820 | - | 0.0% | 77,820 | - | 0.0% |
| Post-Petition | 1,817 | - | 0.0% | 1,817 | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 0.0% | - | - | 0.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| | | | | 0 | | |
| Gross Recovery on Assets | | $ 35 | | | $ 35 | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | (0) | | | (0) | |
| Allocation of Mepco Shared Administrative Costs | | (1) | | | (1) | |
| Net Proceeds Available for Distribution | | $ 34 | | | $ 34 | |
| Trustee Fees | | (4) | | | (4) | |
| Net Proceeds Available to Claimants | | $ 30 | | | $ 30 | |

Recoveries

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ 0 | $ 0 | 100.0% | $ 0 | $ 0 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $ 30 | | | $ 30 | |
| Debtor's Portion of Debtor-in-Possession Financing | 7 | 7 | 100.0% | 6 | 6 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $ 22 | | | $ 24 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $ 22 | | | $ 24 | |
| Debtor's Portion of Longview Credit Facility Claims | 55 | 22 | 40.7% | 44 | 24 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $ - | | | $ - | |
| Administrative Claims | 59,066 | - | 0.0% | 59,066 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $ - | | | $ - | |
| Unsecured Claims - Third Party | 13 | - | 0.0% | 13 | - | 0.0% |
| Unsecured Claims - Intercompany | 38,054 | - | 0.0% | 38,054 | - | 0.0% |

**Liquidation Analysis**
**Mepco Conveyor, LLC**

($ in 000's)

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| **Assets** | | | | | | |
| Cash | $ 49 | $ 49 | 100.0% | $ 49 | $ 49 | 100.0% |
| Accounts Receivable - Trade | - | - | 0.0% | - | - | 0.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | - | - | 0.0% | - | - | 0.0% |
| Post-Petition | - | - | 0.0% | - | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 0.0% | - | - | 0.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Gross Recovery on Assets | | $ 49 | | | $ 49 | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | (0) | | | (0) | |
| Allocation of Mepco Shared Administrative Costs | | (1) | | | (1) | |
| Net Proceeds Available for Distribution | | $ 47 | | | $ 48 | |
| Trustee Fees | | (5) | | | (6) | |
| Net Proceeds Available to Claimants | | $ 42 | | | $ 42 | |

**Recoveries**

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ 0 | $ 0 | 100.0% | $ 0 | $ 0 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $ 42 | | | $ 42 | |
| Debtor's Portion of Debtor-in-Possession Financing | 10 | 10 | 100.0% | 8 | 8 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $ 31 | | | $ 34 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $ 31 | | | $ 34 | |
| Debtor's Portion of Longview Credit Facility Claims | 77 | 31 | 40.7% | 61 | 34 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $ - | | | $ - | |
| Administrative Claims | 532 | - | 0.0% | 532 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $ - | | | $ - | |
| Unsecured Claims - Third Party | 21 | - | 0.0% | 21 | - | 0.0% |
| Unsecured Claims - Intercompany | 3,065 | - | 0.0% | 3,065 | - | 0.0% |

**Liquidation Analysis**
**Mepco Holdings, LLC**

($ in 000's)

| Assets | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $       12 | $       12 | 100.0% | $       12 | $       12 | 100.0% |
| Accounts Receivable - Trade | - | - | 0.0% | - | - | 0.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | - | - | 0.0% | - | - | 0.0% |
| Post-Petition | - | - | 0.0% | - | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 0.0% | - | - | 0.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Gross Recovery on Assets | | $       12 | | | $       12 | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | (0) | | | (0) | |
| Allocation of Mepco Shared Administrative Costs | | (0) | | | (0) | |
| Net Proceeds Available for Distribution | | $       11 | | | $       11 | |
| Trustee Fees | | (2) | | | (2) | |
| Net Proceeds Available to Claimants | | $       9 | | | $       10 | |

Recoveries

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $        0 | $        0 | 100.0% | $        0 | $        0 | 100.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $        9 | | | $        9 | |
| Debtor's Portion of Debtor-in-Possession Financing | 2 | 2 | 100.0% | 2 | 2 | 100.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $        7 | | | $        8 | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $        7 | | | $        8 | |
| Debtor's Portion of Longview Credit Facility Claims | 17 | 7 | 40.7% | 14 | 8 | 54.6% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $        - | | | $        - | |
| Administrative Claims | 1,102 | - | 0.0% | 1,102 | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $        - | | | $        - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $        - | | | $        - | |
| Unsecured Claims - Third Party | - | - | 0.0% | - | - | 0.0% |
| Unsecured Claims - Intercompany | 2,025 | - | 0.0% | 2,025 | - | 0.0% |

**Liquidation Analysis**
**Mepco Intermediate Holdings A, LLC**

($ in 000's)

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| Assets | Est. NBV at 2/28/14 | Est. Recovery | % of NBV | Est. NBV at 2/28/14 | Est. Recovery | % of NBV |
| Cash | $ - | $ - | 0.0% | $ - | $ - | 0.0% |
| Accounts Receivable - Trade | - | - | 0.0% | - | - | 0.0% |
| Accounts Receivable - Related Companies | | | | | | |
| Pre-Petition | - | - | 0.0% | - | - | 0.0% |
| Post-Petition | - | - | 0.0% | - | - | 0.0% |
| Coal Inventory | - | - | 0.0% | - | - | 0.0% |
| Parts and Supplies | - | - | 0.0% | - | - | 0.0% |
| Deposits, Prepaid Expenses, & Other Assets | - | - | 0.0% | - | - | 0.0% |
| Land, Improvements, and Buildings | - | - | 0.0% | - | - | 0.0% |
| Mine Development and CIP | - | - | 0.0% | - | - | 0.0% |
| Mineral Reserves | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Owned | - | - | 0.0% | - | - | 0.0% |
| Machinery & Equipment, Leased | - | - | 0.0% | - | - | 0.0% |
| Gross Recovery on Assets | | $ - | | | $ - | |
| Auction Costs | | - | | | - | |
| Real Estate Agency Costs | | - | | | - | |
| Coal Conversion Costs | | - | | | - | |
| Equipment Recovery Costs | | - | | | - | |
| All Debtors Shared Services Allocation | | - | | | - | |
| Allocation of Mepco Shared Administrative Costs | | - | | | - | |
| Net Proceeds Available for Distribution | | $ - | | | $ - | |
| Trustee Fees | | - | | | - | |
| Net Proceeds Available to Claimants | | $ - | | | $ - | |

Recoveries

| | Low Recovery Scenario | | | High Recovery Scenario | | |
|---|---|---|---|---|---|---|
| | Claim Amount | Est. $ Recovery | Est. % Recovery | Claim Amount | Est. $ Recovery | Est. % Recovery |
| Carve-Out for Professional Fees | $ - | $ - | 0.0% | $ - | $ - | 0.0% |
| **Proceeds Remaining after Carve-Out Recoveries** | | $ - | | | $ - | |
| Debtor's Portion of Debtor-in-Possession Financing | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Debtor-in-Possession Financing Recovery** | | $ - | | | $ - | |
| Other Secured Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Secured Claims Recovery** | | $ - | | | $ - | |
| Debtor's Portion of Longview Credit Facility Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Longview Credit Facility Recovery** | | $ - | | | $ - | |
| Administrative Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Administrative Claims Recovery** | | $ - | | | $ - | |
| Other Priority Claims | - | - | 0.0% | - | - | 0.0% |
| **Proceeds Remaining after Other Priority Claims Recovery** | | $ - | | | $ - | |
| Unsecured Claims - Third Party | - | - | 0.0% | - | - | 0.0% |
| Unsecured Claims - Intercompany | - | - | 0.0% | - | - | 0.0% |

## LIQUIDATION ANALYSIS

### Overview

Under the "best interests" of creditors test set forth by section 1129(a)(7) of the Bankruptcy Code, the Bankruptcy Court may not confirm a plan of reorganization unless the plan provides each holder of a claim or interest who does not otherwise vote in favor of the plan with property of a value, as of the effective date of the plan, that is not less than the amount that such holder would receive or retain if the debtor was liquidated under chapter 7 of the Bankruptcy Code.  See 11 U.S.C. § 1129(a)(7).[1]  Accordingly, to demonstrate that the Plan satisfies the "best interests" of creditors test, the Debtors have prepared a hypothetical liquidation analysis presenting recoveries available assuming a hypothetical liquidation occurring at the Effective Date, which is assumed to be March 31, 2015 (this "Liquidation Analysis").[2]

This Liquidation Analysis presents information based on, among other things, the Debtors' books and records and good faith estimates regarding asset recoveries and claims resulting from a hypothetical liquidation undertaken under chapter 7 of the Bankruptcy Code.  This Liquidation Analysis has not been examined or reviewed by independent accountants in accordance with standards promulgated by the American Institute of Certified Public Accountants.  Although the Debtors consider the estimates and assumptions set forth herein to be reasonable under the circumstances, such estimates and assumptions are inherently subject to significant uncertainties and contingencies beyond the Debtors' control.  Accordingly, there can be no assurance that the results set forth by this Liquidation Analysis would be realized if the Debtors were actually liquidated, and actual results in such a case could vary materially from those presented herein, and distributions available to members of applicable Classes of Claims could differ materially from the balances set forth by this Liquidation Analysis in such instance.

**THIS LIQUIDATION ANALYSIS IS A HYPOTHETICAL EXERCISE THAT HAS BEEN PREPARED FOR THE SOLE PURPOSE OF PRESENTING A REASONABLE GOOD FAITH ESTIMATE OF THE PROCEEDS THAT WOULD BE REALIZED IF THE DEBTORS WERE LIQUIDATED IN ACCORDANCE WITH CHAPTER 7 OF THE BANKRUPTCY CODE AS OF THE PLAN EFFECTIVE DATE.  THIS LIQUIDATION ANALYSIS IS NOT INTENDED AND SHOULD NOT BE USED FOR ANY OTHER PURPOSE.  THIS LIQUIDATION ANALYSIS DOES NOT PURPORT TO BE A VALUATION OF THE DEBTORS' ASSETS AS A GOING CONCERN, AND THERE MAY BE A SIGNIFICANT DIFFERENCE BETWEEN THIS LIQUIDATION ANALYSIS AND THE VALUES THAT MAY BE REALIZED OR CLAIMS GENERATED IN AN ACTUAL LIQUIDATION.**

**NOTHING CONTAINED IN THIS LIQUIDATION ANALYSIS IS INTENDED TO BE, OR CONSTITUTES, A CONCESSION, ADMISSION, OR ALLOWANCE OF ANY CLAIM BY THE DEBTORS.  THE ACTUAL AMOUNT OR PRIORITY OF ALLOWED CLAIMS IN THE CHAPTER 11 CASES COULD MATERIALLY DIFFER FROM THE ESTIMATED AMOUNTS SET FORTH AND USED IN THIS LIQUIDATION ANALYSIS.  THE DEBTORS RESERVE ALL RIGHTS TO SUPPLEMENT, MODIFY, OR AMEND THE ANALYSIS SET FORTH HEREIN.**

### Basis of Presentation

This Liquidation Analysis was prepared before the Debtors have completed their claims reconciliation process, and the Debtors have therefore neither fully evaluated all of the Claims filed against the Debtors or adjudicated such

---

[1]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 672] (as may be amended, supplemented, or modified from time to time, the "Disclosure Statement").

[2]     This Liquidation Analysis updates and supersedes that certain *Liquidation Analysis* filed on December 8, 2013 [Docket No. 564] (the "Prior Liquidation Analysis"), which Prior Liquidation Analysis was attached to the Disclosure Statement as **Exhibit C**.  This Liquidation Analysis is incorporated into the Disclosure Statement as if set forth therein in full.

Claims before the Bankruptcy Court. Accordingly, the amount of the final Allowed Claims against the Debtors' estates may differ from the Claim amounts used in this Liquidation Analysis.

This Liquidation Analysis is based on estimated asset and liability values as of March 31, 2015 (except where otherwise indicated). As noted above, the actual amount of assets available to the Debtors' estates and Claims arising in the event of an actual liquidation may differ from the assets assumed to be available pursuant to this Liquidation Analysis.

## Values

This Liquidation Analysis is based on estimated net book value ("NBV") as of March 31, 2015. Estimated NBV is projected by rolling forward the November 30, 2014, balances for the Mepco Debtors and December 31, 2014, balances for the Longview Debtors to March 31, 2015, based on the projections in the Debtors' business plan, with minor adjustments accounting for financial decisions that would be made in the anticipation of a conversion to liquidation. Certain recoveries in this Liquidation Analysis may be greater than NBV because certain assets are recorded on the Debtors' books and records at amounts that are lower than estimated market values for such assets.

## General Assumptions

This Liquidation Analysis assumes that the Mepco Debtors' mines will not be sold as ongoing operations in a forced liquidation scenario because of, among other things, the coal industry's current economic environment, the production costs associated with the Debtors' mining operations, and the water treatment costs and liabilities unique to the Mepco Debtors' operations. This Liquidation Analysis assumes that the Longview Power Facility is sold as a going concern, and the related assumptions are set forth at note A.8.

## Components of Waterfall Liquidation Analysis

**A.  Assets**

1.  Cash and cash equivalents – This Liquidation Analysis utilizes the Debtors' estimated cash balance as of the assumed conversion to chapter 7 on March 31, 2015. Approximately $91,000 in restricted cash due to utilities is not anticipated to be recovered. All other cash and cash equivalents on hand are considered to be recoverable at 100%.

2.  Trade accounts receivable – Because the Mepco Debtors' ash and coal sales are primarily made to what the Debtors believe is a financially stable entity, this Liquidation Analysis assumes that the Mepco Debtors' efforts to recover trade receivables will lead to recoveries between 95% and 100%.

    Longview Power's energy sales are made solely to PJM Interconnection, LLC, a financially stable entity. This Liquidation Analysis assumes that recoveries will be between 85% in a Low Recovery Scenario and 100% in a High Recovery Scenario.

3.  Related-party accounts receivable – This Liquidation Analysis assumes no recoveries on account of intercompany receivables.

4.  Restricted Deposits – This Liquidation Analysis assumes that Longview Power will be able to recover restricted deposits in place to backstop completed capital projects, utility deposits, mitigation trade support, Dunkard Creek title insurance, and certain reclamation projects. Restricted deposits for certain other reclamation projects and insurance back-stops are assumed to be unrecoverable.

5.  Coal inventories – Coal inventory sales in this Liquidation Analysis are gross of royalties, washing, transportation, and taxation costs. In the High Recovery Scenario, the coal inventory sales are estimated to be sold to a buyer at current operating rates. In the Low Recovery Scenario, such sales include a 10% discount to current operating rates.

6. <u>Parts and supplies inventory</u> – This Liquidation Analysis assumes that the Debtors' used parts and supplies will have minimal re-sale value and that such sales will garner de minimis recoveries.

7. <u>Deposits and prepaid expenses</u> – The Debtors have prepaid certain expenses, including for insurance, engineering services, professional retainers, and information technology, and made deposits, primarily to utilities and lessors.  This Liquidation Analysis assumes that amounts prepaid for insurance, engineering, information technology, and utility deposits will be used during the liquidation period, the Debtors' estates will recover certain professional retainers, and the Debtors' estates will receive no recovery on their lease deposits.

8. <u>Longview Power Asset Sale Proceeds</u> – This Liquidation Analysis assumes a 6 month sale process and a discount to value with respect to the Longview Power Facility of 25% in the Low Recovery Scenario and 15% in the High Recovery Scenario.  Sales proceeds are net of a $22.2 million pay-down on Dunkard Creek Loan Claims.

    The Longview Power Facility repairs contemplated by this analysis assumes a significant level of incremental capital expenditures will be undertaken by a prospective purchaser of the Longview Power Facility.  In a liquidation under chapter 7, it is possible that a chapter 7 trustee may be unable to cause such expenditures to be funded in all or in part, including if the trustee is unable to locate a prospective purchaser willing to undertake such expenditures, or that such expenditures may be materially delayed.  In any event, such repairs may not be completed or may not be completed on the projected timetable in the event of a liquidation under chapter 7.  In such an instance, values realized through a disposition of the Longview Power Facility may be materially lower than the levels implied by this analysis.

9. <u>Land, land improvements, and buildings</u> – The Debtors own or are the beneficial owners of land, certain improvements on such land, and other buildings.  For purposes of this Liquidation Analysis, these assets have been valued by examining tax assessor records and purchase costs to establish a baseline market value.  These values have been revised where such records do not reflect estimated current market values.  The market values for such assets have been reduced by 25% in the High Recovery Scenario and 35% in the Low Recovery Scenario to reflect the impact of a distressed sale and the potential chilling on bidding related to the uncertainty around the timing and likelihood of reclamation being performed on and around certain mining-related purchased properties.

10. <u>Mine development and construction in process ("CIP"), mineral reserves</u> – This Liquidation Analysis assumes that there would be a limited recovery on any past mine development activity because the mines would be closed and flooded in a liquidation scenario.  In addition, this Liquidation Analysis assumes that coal reserves would become inaccessible or financially unviable.

11. <u>Owned machinery and equipment</u> **–** The Debtors own machinery and equipment that is used in their various coal and mining operations.  As part of the diligence for the Prior Liquidation Analysis, the Debtors and their advisors undertook an in-depth review of all equipment with an original cost of over $50,000 and several pieces of lesser value was performed to establish distressed sale values for such assets.  Recoveries for such assets that did not go through individual review were determined by grouping the assets by type and applying NBV recovery figures from similar assets that were individually reviewed.  For those assets that could not be appropriately grouped, an average NBV recovery for generally comparable assets costing under $100,000 was applied.  Lower value furniture and information technology asset recoveries were based upon age and use of equipment.  To update this Liquidation Analysis, any previously reviewed assets with a recovery value of $200,000 or more were individually reviewed.  All other previous assets were reduced in value by the lower of the depreciation rate or the historic actual value reduction rate applied from February 28, 2014 to March 31, 2015.  Values for new assets purchased after September of 2014 or projected for purchase between November 30, 2014, and March 31, 2015, were determined through reviews by the Debtors' employees and advisors most familiar with such assets.  All recovery values reflect a discount to market value based on the need for a quick sale of these assets.

12. <u>Leased machinery and equipment</u> – This Liquidation Analysis assumes that leased equipment will be recovered by, or returned to, the lessors of such equipment.

KE 35050036

13. <u>Contracts</u> – The Mepco Debtors' third party coal sales are undertaken pursuant to long-term contracts.  The Debtors believe recoveries on account of these contracts in a forced liquidation, if any, would be speculative in nature and are therefore not included in this Liquidation Analysis.

14. <u>Avoidance Actions</u> – To the extent that DIP Facility Claims and Longview Credit Agreement Claims are otherwise paid in full, proceeds from Causes of Action available to the Debtors' estates pursuant to chapter 5 of the Bankruptcy Code are available for distribution to the Debtors' administrative and prepetition creditors pursuant to the priorities otherwise established by the Bankruptcy Code.  The Debtors, however, believe that recoveries from such actions, if any, would be speculative in nature.  Therefore, such recoveries are not included in this Liquidation Analysis.

**B.  Costs to Monetize Assets**

15. <u>Auction costs</u> – Liquidation fees for machinery and equipment, CIP, and parts and supplies are projected to be 20% in the Low Recovery Scenario and 10% in the High Recovery Scenario.

16. <u>Real estate agency costs</u> – Real estate agency costs for the sale of land and buildings are projected to be 6% in the Low Recovery Scenario and 3% in the High Recovery Scenario.

17. <u>Coal conversion costs</u> – Costs necessary to the sale of the Mepco Debtors' coal include, among other things, washing, transportation, royalties, and taxation.  This Liquidation Analysis assumes such costs will be in line with the Debtors' ordinary operating expenses.

18. <u>Interest Costs During Sales Process</u> – This Liquidation Analysis includes $7.1 million of interests costs related to the DIP Facility and Dunkard Creek Loan to be incurred during the 6 month power plant sale process.

19. <u>Longview Power operational administrative costs</u> – The Debtors expect Longview Power to incur approximately $7.3 million in administrative costs during a six month liquidation process.  These costs include, among other things, expenses related to Longview Power's Payment in Lieu of Taxes Agreement with various branches of the Monongalia County, West Virginia government, payroll obligations, and insurance expenses.

20. <u>Allocation of shared services among Debtors</u> – This Liquidation Analysis allocates the costs of services that provide value to all Debtor entities, including legal, financial, and claims processing advisors incurred by a chapter 7 trustee, amongst each of the Debtors based upon gross asset recoveries.  Legal fees and investment banking costs associated with a sale of the Longview Power Facility, however, are charged directly to Longview Power.  Estimated transaction expenses on the sale of the Longview Power Facility are approximately $6.6 million.

21. <u>Allocation of Mepco Debtors' shared costs</u> – This Liquidation Analysis allocates the cost of administrative services that provide value to all Mepco Debtor entities, including the costs of maintaining a central office and land and engineering services, amongst each of the Mepco Debtors based upon gross asset recoveries.

22. <u>Chapter 7 trustee fees</u> – In a chapter 7 liquidation, the Bankruptcy Court may allow reasonable compensation for the trustee's services, not to exceed 25% on the first $5,000 or less, 10% on any amount in excess of $5,000 but not in excess of $50,000, 5% on any amount in excess of $50,000 but not in excess of $1 million, and reasonable compensation not to exceed 3% of such moneys in excess of $1 million, upon all moneys disbursed or turned over in the case by the trustee to parties in interest.  Payments to a trustee according to these thresholds have been included in this Liquidation Analysis.

**C.  Claims**

23. <u>Carve-out</u> **–** Unpaid holdback and accrued professional fees and expenses as of March 31, 2015, entitled to superpriority pursuant to the Final DIP Order are estimated at approximately $2.6 million.  Claims held on

account of the carve-out by professionals are allocated for purposes of this Liquidation Analysis amongst each of the Debtor entities based upon net proceeds available to claimants.

24. <u>DIP Facility Claims</u> – This Liquidation Analysis assumes that the DIP Facility will be drawn in the principal amount of approximately **$138.1** million as of March 31, 2015.  Because each of the Debtors are either borrowers or guarantors of the DIP Facility and substantially all of the Debtors' assets are equally encumbered by the requirement to repay the DIP Facility, this Liquidation Analysis has allocated the DIP Facility Claims amongst each of the Debtor entities based upon each Debtor's pro rata portion of total proceeds available after the Carve-Out.

25. <u>Longview Credit Agreement Claims</u> – This Liquidation Analysis assumes that the aggregate principal amount indebted under the Longview Credit Facility is approximately $1.02 billion plus accrued and unpaid interest in fees as of March 31, 2015.  Because each of the Debtors are either borrowers or guarantors of the Longview Credit Facility and substantially all of the Debtors' assets are equally encumbered by the requirement to repay the Longview Credit Facility, this Liquidation Analysis has allocated the Longview Credit Agreement Claims amongst each of the Debtor entities based upon each Debtor's pro rata portion of total proceeds available after the Carve-Out and DIP Facility Claims are paid.

26. <u>Other Secured Claims</u> – Solely for illustrative purposes and unless recoveries are otherwise shown, this Liquidation Analysis assumes that property that secures the Other Secured Claims will be recovered by, or returned to, the Holders of such Other Secured Claims.  Such Other Secured Claims may not be entitled to priority over Longview Credit Agreement Claims.

27. <u>Administrative Claims</u> – Administrative Claims arising in a hypothetical chapter 7 liquidation may include, among other things:  (a) Claims arising pursuant to section 503(b)(9) of the Bankruptcy Code; (b) postpetition trade payables; (c) accrued employee obligations; (d) accrued taxes; (e) accrued utility payments; and (f) Claims arising on account of the costs to reclaim the Mepco Debtors' underground mines.  This Liquidation Analysis was prepared based on a review of the Debtors' books and records to determine what Claims may be entitled to administrative priority pursuant to the Bankruptcy Code.  This Liquidation Analysis was prepared before the Debtors have completed their Claims reconciliation process, and thus more Administrative Claims may be Allowed against the Debtors' estates than the Debtors currently estimate.  In addition, the Liquidation Analysis was prepared before a deadline has been set for filing Administrative Claims against the Debtors' estates (other than Administrative Claims arising under section 503(b)(9) of the Bankruptcy Code), and additional Claims could be filed against the Debtors alleging administrative priority under sections 503 and 507(a)(2) of the Bankruptcy Code.  As a result, the pool of Administrative Claims allowed in the Chapter 11 Cases could differ materially from the assumptions set forth by this Liquidation Analysis, thereby reducing recoveries available to junior creditors in a liquidation.

28. <u>Other Priority Claims</u> – The Debtors' books and records do not identify material levels of other claims that may be entitled to priority pursuant to section 507 of the Bankruptcy Code, except as noted above or as set forth in this Liquidation Analysis.  This Liquidation Analysis was prepared before the Debtors have completed their Claims reconciliation process, and thus more Other Priority Claims may be Allowed against the Debtors' estates than the Debtors currently estimate.  As a result, the pool of Other Priority Claims allowed in the Chapter 11 Cases could differ materially from the assumptions set forth by this Liquidation Analysis, thereby reducing recoveries available to junior creditors in a liquidation.

29. <u>General Unsecured Claims</u> – General Unsecured Claims arising in a hypothetical chapter 7 liquidation may include, among other things:  (a) prepetition trade Claims; (b) prepetition rejection damages Claims; (c) damages arising from the termination or rejection of the Debtors' various supply agreements or contracts; and (d) numerous other types of prepetition liabilities.  General Unsecured Claims do not include Intercompany Claims.  This Liquidation Analysis was prepared based on the Debtors' projected sheet balances in pre-petition accounts payable and accrued expenses as of March 31, 2015.  In addition, this Liquidation Analysis does not include, among other things, Claims on account of any deficiency Claims to parties with Other Secured Claims, which amounts would be speculative in nature.  Because this Liquidation Analysis was prepared before the Debtors have completed their Claims reconciliation process,

more General Unsecured Claims may be Allowed against the Debtors' estates than the Debtors currently estimate.  As a result, the pool of General Unsecured Claims allowed in the Chapter 11 Cases could differ materially from the assumptions set forth by this Liquidation Analysis.

This Liquidation Analysis concludes that no recovery is available to the Holders of General Unsecured Claims in a chapter 7 liquidation regardless of the size of the General Unsecured Claim pool.

30. <u>Intercompany Claims</u> – This Liquidation Analysis assumes no recoveries on account of Intercompany Claims.

KE 35050036